DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **SAMM Solutions, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  BTS Research** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-8712967** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **9990 Mesa Rim Road** <br> **Suite 100** <br> **San Diego, CA 92121** <br> Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **San Diego** <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **http://btsreaearch.com**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

| Debtor | **SAMM Solutions, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __9271__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☐ No.

■ Yes.

| | District | **Southern District of California** | When | **8/05/19** | Case number | **19-04700-LA11** |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

| Debtor | **SAMM Solutions, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

.    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

| Debtor | **SAMM Solutions, Inc.** | Case number (*if known*) | |
|--------|--------------------------|--------------------------|---|
| | Name | | |

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000          ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million          ☐ $100,000,001 - $500 million          ☐ More than $50 billion

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

| Debtor | **SAMM Solutions, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   3/26/2021
              MM / DD / YYYY

X  _Usama Abunadi_                                    **Usama Abunadi**
Signature of authorized representative of debtor      Printed name

Title   **President**

---

**18. Signature of attorney**

X  _____                              Date  3/26/2021
Signature of attorney for debtor                            MM / DD / YYYY

**Paul J. Leeds, Esq. 214309  (SBN 131787)**
Printed name

**Higgs Fletcher & Mack LLP**
Firm name

**401 West A Street Suite 2600**
**San Diego, CA 92101**
Number, Street, City, State & ZIP Code

Contact phone  **(619) 236-1551**      Email address  **leedsp@higgslaw.com**

**214309 CA**
Bar number and State

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

**Fill in this information to identify the case:**

Debtor name  **SAMM Solutions, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3/26/2021

X _____
Signature of individual signing on behalf of debtor

**Usama Abunadi**
Printed name

**President**
Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **SAMM Solutions, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Accel Capital Services 65 West 36th street, Suite 12 New York, NY 10018** | **James Vitolo jvitolo@accelcapital.com (212) 504-3061** | **Judgment** | | | | **$289,510.51** |
| **Cardinal Health. P.O. Box 100552 Pasadena, CA 91189** | **Todd Bell todd.bell@cardinal health.com (619) 553-3921** | **Judgment** | | | | **$113,871.74** |
| **Dart Neuroscience, LLC 12278 Scripps Summit Drive San Diego, CA 92131** | **Heidi Cervi hcervi@dartnueros cience.com (858) 246-8345** | **Customer Deposit** | | | | **$62,633.00** |
| **De Lage Landen Financials C/O Cohn & Davis, LLC 68 Harison Ave #502 Boston, MA 02111** | **Joseph Panaghello jpaneghello@lease direct.com (610) 386-5695** | **Stipulated Judgment** | | | | **$57,000.00** |
| **Employment Development Dept. Bankruptcy Unit MIC 92E P. O. Box 826880 Sacramento, CA 94280** | | **State Payroll Taxes** | | | | **$187,279.07** |
| **Ghazy Abu-Fielat 3564 Van Bruen Blvd. Riverside, CA 92503** | **Dr. Ghazy Abu-Fielat fielat@hotmail.com (951) 818-6017** | **Business Loan** | | | | **$50,892.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

Debtor __**SAMM Solutions, Inc.**_____     Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Internal Revenue Service Chief Special Procedures P. O. Box 7346 Philadelphia, PA 19101-7346 | | Federal Pay Roll Tax | | | | $416,557.51 |
| Kalamata Capital Group C/O Anthony Giuliano, Esq. 675 Old Country Road Westbury, NY 11590 | Angelea Valen Esq. (818) 716-7630 | Judgment | | | | $293,539.20 |
| Mari Bray P.O. Box 506951 San Diego, CA 92150-6951 | Marie Bray mbray@lavcs.omni microsoft.com (858) 663-6107 | Critical operational services and/or supplies | | | | $45,900.00 |
| Nitel Inc. Lockbox Dept. 4929 Carol Stream, IL 60122-4929 | | Services and/or Supplies | | | | $64,180.62 |
| Orient Bioresources , Inc. C/O Marc Cervantes Esq. 802 N Caranchua, STE 2100 Corpus Christi, TX 78401 | Marc Cervantes, Esq. gmcervantes@att.n et (361) 844-5400 | Services and supplies | | | | $104,430.00 |
| Pacific BioLabs 551 Linus Pauling Drive Hercules, CA 94547 | Shalia Bhuiyan shaliabhuiyan@pa cificlabs.com (510) 315-3460 | Critical operational supplies and/or services | | | | $46,000.00 |
| Pharmascience Inc. 6111, Royalmount Avenue, Suite 100 Montreal, Quebec, CA | Samantha DeMelo sdemelo@pharmas cience.com (438) 336-7343 | Critical operational services and/or supplies | | | | $52,860.00 |
| Ready Capital 1251 Avenue of Americas 50th Floor New York, NY 10020 | | PPP Loan | Contingent Unliquidated Subject to Setoff | | | $377,800.00 |
| Ready Capital 1251 Avenue of Americas 50th Floor New York, NY 10020 | | PPP Loan | Contingent Unliquidated Subject to Setoff | | | $349,800.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

Debtor  **SAMM Solutions, Inc.**                                          Case number *(if known)*
_____                              _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **San Diego Sycamore LLC c/o DLA Piper LLP 555 Mission Street, Suite 2400 San Francisco, CA 94105** | | **Services and/or supplies** | | | | **$75,294.08** |
| **Stephe Hinze 100 E. San Marcos Blvd. Suite 400 San Marcos, CA 92059** | | | | | | **$76,917.73** |
| **The Business Backers 10856 Reed Hartman Hwy. Suite 1 Cincinnati, OH 45242** | **Patricia Hill, Esq.** **phill@graydon.law** **(513) 755-4554** | **Judgment** | | | | **$81,323.32** |
| **WCCP Rosemont, LLC 721 Emerson Road, STE 300 Saint Louis, MO 63141** | **Scott Douglas** **sdouglas@westcoastcap.com** **(310) 489-7532** | **Stipulated Judgment** | | | | **$644,272.30** |
| **Xybion Medical Systems 2000 LENOX DR, SUITE 101 LAWRENCEVILLE, NJ 08648** | **Carlos Frade** **cfrade@xybion.com** **(609) 512-5790 Ext. 305** | **Critical operational services and/or supplies** | | | | **$48,100.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

**Fill in this information to identify the case:**

Debtor name    **SAMM Solutions, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................    $     0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................    $     2,018,489.32

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................    $     2,018,489.32

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $     940,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $     610,945.33

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..........................    +$     4,883,138.19

4. **Total liabilities** ............................................................................................
    Lines 2 + 3a + 3b    $     6,434,083.52

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

| Fill in this information to identify the case: |
| --- |

Debtor name    **SAMM Solutions, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.    **Cash on hand** | **$76,040.00** |

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **California Bank and Trust** | **Checking Account** | **7667** | **$304,449.08** |
| 3.2. | **California Bank and Trust** | **Checking Account** | **7675** | **$11,733.86** |
| 3.3. | **California Bank and Trust** | **Checking Account** | **7709** | **$1,002.40** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $393,225.34 |
| --- |

**Part 2:**    **Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

Debtor   **SAMM Solutions, Inc.**                                    Case number *(If known)* _____
          Name

| | | |
|---|---|---|
| 7.1. | **Rental Deposit: WCCP LLC now Longfellow.** | $139,000.00 |
| 7.2. | **Rental Deposit: Sorrento Roselle Corp** | $17,000.00 |
| 7.3. | **Rental Security Deposit for 9990 Mesa Rim Drive, San Diego** | $20,400.00 |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                        $176,400.00
      Add lines 7 through 8. Copy the total to line 81.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

      11a. 90 days old or less:          188,691.50          -          0.00    = ...          $188,691.50
                                    face amount                    doubtful or uncollectible accounts

12.   **Total of Part 3.**                                                        $188,691.50
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14.    **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:          % of ownership | | |
| 15.1.   **Investment in Bioquant, Inc.**          100   %          **Tax records** | | $0.00 |
| 16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |

17.   **Total of Part 4.**                                                        $0.00
      Add lines 14 through 16.  Copy the total to line 83.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

Debtor    **SAMM Solutions, Inc.**                                    Case number *(If known)*  _____
_____
Name

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** **Animals** | | $1,716.00 | | $1,716.00 |

| 23. | **Total of Part 5.** | | $1,716.00 |
| --- | --- | --- | --- |
| | Add lines 19 through 22.  Copy the total to line 84. | | |

**24. Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. | **Office furniture** **Furniture and fixtures BQ** | $8,811.59 | | $8,811.59 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Computer hardware BQ** | $11,987.01 | | $11,987.01 |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

Debtor   **SAMM Solutions, Inc.**                                          Case number *(If known)* _____
_____
Name

42.     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43.     **Total of Part 7.**                                                                    **$20,798.60**
Add lines 39 through 42. Copy the total to line 86.

44.     **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45.     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8:**     **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2006 Ford E250 Van**<br>**VIN# 1FT5534L26HA20690**<br>**220,000 MILES** | **$0.00** | **Comparable sale** | **$570.00** |
| 47.2.   **1999 FORD BOX TRUCK**<br>**VIN# 1FDWE47F6XHG14122**<br>**180,000 Miles** | **$0.00** | **Comparable sale** | **$950.00** |
| 48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.   **Aircraft and accessories** | | | |
| 50.   **Other machinery, fixtures, and equipment (excluding farm**<br>**machinery and equipment)**<br>**Scientific equipment** | **$367,497.25** | | **$367,497.25** |

51.     **Total of Part 8.**                                                                    **$369,017.25**
Add lines 47 through 50. Copy the total to line 87.

52.     **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☒ Yes

53.     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☒ Yes

Official Form 206A/B           Schedule A/B Assets - Real and Personal Property           page 4

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

Debtor    **SAMM Solutions, Inc.**                                    Case number *(If known)* _____
Name

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    **10635 Roselle St. San Diego CA 92125 Offices and Laboratories** | **Leasehold** | **$0.00** | | **Unknown** |
| 55.2.    **9990 Mesa Rim Road Suite 100 San Diego, CA 92121 Office Building** | **Leasehold** | **$0.00** | | **Unknown** |
| 55.3.    **11211 Sorento Valley Road San Diego, CA 92121 Office and storage** | **Leasehold** | **$0.00** | | **Unknown** |

56.    **Total of Part 9.**                                                                                      **$0.00**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

| Debtor | **SAMM Solutions, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

|  | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    **Leasehold improvements BQ** ............................................... **$868,640.63**

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90. | **$868,640.63** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

Debtor   **SAMM Solutions, Inc.**

Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $393,225.34 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $176,400.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $188,691.50 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,716.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $20,798.60 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $369,017.25 | |
| 88. **Real property.** *Copy line 56, Part 9* .............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $868,640.63 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,018,489.32 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,018,489.32 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

**Fill in this information to identify the case:**

Debtor name    **SAMM Solutions, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | | | Column A | Column B |
|---|---|---|---|---|
| **2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | | | Amount of claim<br><br>Do not deduct the value of collateral. | Value of collateral that supports this claim |

| 2.1 | **Pacific Premier Bank** | Describe debtor's property that is subject to a lien | **$940,000.00** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **10635 Rosedale Road** | | |
| | **17901 Von Karmen Ave.** | **San Diego CA 92125** | | |
| | **Suite 1200** | **Offices and Laboratories** | | |
| | **Irvine, CA 92614** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Business Loan; UCC-1 Financing Statement** | | |
| | | **Is the creditor an insider or related party?** | | |
| | **dale.heyden@ppbi.com** | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **7/10/2017** | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **4617** | **As of the petition filing date, the claim is:** | | |
| | **Do multiple creditors have an interest in the same property?** | Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

**3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $940,000.00

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

**Fill in this information to identify the case:**

Debtor name   **SAMM Solutions, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim: **$2,763.65** | Priority amount: **$2,763.65** |
|---|---|---|---|---|

**County Tax Collector**
**1600 Pacific Highway**
**Room 162**
**San Diego, CA 92101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/30/2018 and 5/23//2019**

Basis for the claim:
**Business Property Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim: **$187,279.07** | Priority amount: **$187,279.07** |
|---|---|---|---|---|

**Employment Development Dept.**
**Bankruptcy Unit MIC 92E**
**P. O. Box 826880**
**Sacramento, CA 94280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1/2019-8/5/2019**

Basis for the claim:
**State Payroll Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

| Debtor | **SAMM Solutions, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,345.10 | $4,345.10 |
|---|---|---|---|---|

**Franchise Tax Board**
**PO Box 942857**
**Sacramanto, CA 94257-0511**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **4/15/2019** | **Corporate Franchise Tax** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $416,557.51 | $416,557.51 |
|---|---|---|---|---|

**Internal Revenue Service**
**Chief Special Procedures**
**P. O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **1/1/2019-8/5/2019** | **Federal Pay Roll Tax** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,639.00 |
|---|---|---|---|

**Abcam, Inc.**
**PO Box 3460**
**Boston, MA 02241-3460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/6/2019

Last 4 digits of account number _

Basis for the claim:  Services and/or Supplies

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,358.00 |
|---|---|---|---|

**Abnova**
**PO Box 1697**
**Walnut, CA 91788**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/20/2018

Last 4 digits of account number _

Basis for the claim:  Services and/or Supplies

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $289,510.51 |
|---|---|---|---|

**Accel Capital Services**
**65 West 36th street, Suite 12**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/18/2018

Last 4 digits of account number _

Basis for the claim:  Judgment

Is the claim subject to offset? ■ No  ☐ Yes

---

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

Debtor    **SAMM Solutions, Inc.**                              Case number (if known) _____
            Name

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,332.00 |

**3.4** Nonpriority creditor's name and mailing address

**Action Air Conditioning**
**130 Bosstick Blvd.**
**San Marcos, CA 92069**

Date(s) debt was incurred  **12/01/2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

$1,332.00

---

**3.5** Nonpriority creditor's name and mailing address

**ADME Solutions, Inc.**
**10531 4 S. Commons Drive**
**#594**
**San Diego, CA 92127**

Date(s) debt was incurred  **11/15/2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

$3,500.00

---

**3.6** Nonpriority creditor's name and mailing address

**Advanced Chemical Transport**
**967 Mabury Road**
**San Jose, CA 95133**

Date(s) debt was incurred  **10/31/2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

$4,703.84

---

**3.7** Nonpriority creditor's name and mailing address

**Agilent Technologies**
**P.O. Box 742108**
**Los Angeles, CA 90074-2108**

Date(s) debt was incurred  **7/30/18-1/14-19**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Critical operational services and/or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

$2,449.42

---

**3.8** Nonpriority creditor's name and mailing address

**American Casualty Company**
**PO Box 94733**
**Chicago, IL 60690-4733**

Date(s) debt was incurred  **6/10/19**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

$975.00

---

**3.9** Nonpriority creditor's name and mailing address

**Anderson Valuations, Inc.**
**3467 Avocado Vista Lane**
**Fallbrook, CA 92028**

Date(s) debt was incurred  **7/13/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Appraisal Services**

Is the claim subject to offset? ■ No  ☐ Yes

$2,800.00

---

**3.10** Nonpriority creditor's name and mailing address

**Aqua Chill**
**PO Box 24737**
**Tempe, AZ 85285**

Date(s) debt was incurred  **6/20/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

$323.24

---

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

| Debtor | **SAMM Solutions, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$675.00** |
|---|---|---|---|
| | **Aquaclear** | ☐ Contingent | |
| | **3952 D Clairemont Mesa Blvd.** | ☐ Unliquidated | |
| | **Suite 294** | ☐ Disputed | |
| | **San Diego, CA 92117** | | |
| | Date(s) debt was incurred __1/4/2018__ | Basis for the claim: __Services and/or Supplies__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,684.99** |
|---|---|---|---|
| | **ATCC** | ☐ Contingent | |
| | **5779 Collection Center Drive** | ☐ Unliquidated | |
| | **Chicago, IL 60693** | ☐ Disputed | |
| | Date(s) debt was incurred __3/14/18-5/17/19__ | Basis for the claim: __Services and/or Supplies__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$598.45** |
|---|---|---|---|
| | **Aviva Systems Biology** | ☐ Contingent | |
| | **7700 Ronson Road,** | ☐ Unliquidated | |
| | **Ste 100** | ☐ Disputed | |
| | **San Diego, CA 92111** | | |
| | Date(s) debt was incurred __12/5/18__ | Basis for the claim: __Services and/or Supplies__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,156.57** |
|---|---|---|---|
| | **Bay Alarm Co** | ☐ Contingent | |
| | **P.O. Box 7137** | ☐ Unliquidated | |
| | **San Francisco, CA 94120-7137** | ☐ Disputed | |
| | Date(s) debt was incurred __11/5/18-6/25/19__ | Basis for the claim: __Services and/or Supplies__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$269.01** |
|---|---|---|---|
| | **Beckman Coulter, Inc** | ☐ Contingent | |
| | **Dept. CH 10164** | ☐ Unliquidated | |
| | **Palatine, IL 60055-0164** | ☐ Disputed | |
| | Date(s) debt was incurred __7/10/17__ | Basis for the claim: __Services and/or Supplies__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,004.39** |
|---|---|---|---|
| | **Becton, Dickinson and Company** | ☐ Contingent | |
| | **PO Box 100921** | ☐ Unliquidated | |
| | **Pasadena, CA 91189-0921** | ☐ Disputed | |
| | Date(s) debt was incurred __4/30/18-9/19/18__ | Basis for the claim: __Services and/or Supplies__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,775.00** |
|---|---|---|---|
| | **Biocom** | ☐ Contingent | |
| | **10996 Torreyana Dr.** | ☐ Unliquidated | |
| | **Suite 200** | ☐ Disputed | |
| | **San Diego, CA 92121** | | |
| | Date(s) debt was incurred __9/1/18__ | Basis for the claim: __Services and/or Supplies__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

Debtor    **SAMM Solutions, Inc.**                                    Case number (if known) _____
          Name

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,781.00 |
|---|---|---|---|

**BioLegend**
**9727 Pacific Heights Blvd**
**San Diego, CA 92121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __10/23/18-1/5/19__

Basis for the claim: __Critical operational services and/or supplies__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,858.00 |
|---|---|---|---|

**BioQual Solutions, Inc.**
**4070 Lago Di Grata Cir.**
**San Diego, CA 92130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __10/29/2020__

Basis for the claim: __Critical Services and/or supplies__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $905.00 |
|---|---|---|---|

**Business Wire, Inc.**
**101 California Street**
**20th Floor**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __11/14/18__

Basis for the claim: __Services and/or Supplies__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $584.15 |
|---|---|---|---|

**Cadence Science**
**2080 Plainfied Pike**
**Cranston, RI 02921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __4/11/18__

Basis for the claim: __Services and/or Supplies__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $312.81 |
|---|---|---|---|

**California Filtration Srvs Inc**
**1168 N Johnson Ave,**
**El Cajon, CA 92020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __6/1/18-9/1/18__

Basis for the claim: __Services and/or Supplies__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,633.00 |
|---|---|---|---|

**Canseco Boiler Services**
**8641 Whitaker Street**
**Buena Park, CA 90621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/18/17__

Basis for the claim: __Services and/or Supplies__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,821.91 |
|---|---|---|---|

**Capital One Bank (USA), N.A.**
**P.O. Box 60599**
**City Of Industry, CA 91716-0599**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __4/13/2018__

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

| Debtor | **SAMM Solutions, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$113,871.74** |
|---|---|---|---|

**Cardinal Health.**
P.O. Box 100552
Pasadena, CA 91189

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/14/18-11/18/18**

Basis for the claim: **Judgment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,536.00** |
|---|---|---|---|

**Cayman Chemicals Co Inc**
1180 E. Ellsworth Road
Ann Arbor, MI 48108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/23/18**

Basis for the claim: **Services and/or Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$315.07** |
|---|---|---|---|

**Cell Signaling Technology**
P.O. Box 3843
Boston, MA 02241-3843

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/23/18**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,385.00** |
|---|---|---|---|

**Certara USA Inc.**
222 S. Central Avenue
Suite 1008
Clayton, MO 63105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/11/18**

Basis for the claim: **Services and/or Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$650.00** |
|---|---|---|---|

**Ceva International Inc.**
Dept. 2309
Carol Stream, IL 60132-2309

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/29/17**

Basis for the claim: **Services and/or Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,000.00** |
|---|---|---|---|

**Channel Methods**
Pennsylvania Biotechnology Ctr
3805 Old Easton Rd
Doylestown, PA 18902

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/4/18-11/30/18**

Basis for the claim: **Judgment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,162.00** |
|---|---|---|---|

**Chondrex, Inc.**
2607 151st Place NE
Redmond, WA 98052-5522

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/4/18-9/25/18**

Basis for the claim: **Services and/or Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

| | |
|---|---|
| Debtor **SAMM Solutions, Inc.** | Case number (if known) _____ |
| Name | |

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$352.00**
---|---|---|---

**City of San Diego**
P.O. Box 121536
San Diego, CA 92112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Business license submissions__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,862.36**

**CNA Insurance**
P.O. Box 790094
St. Louis, MO 63179-0094

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __4/1/19__

**Basis for the claim:** __Services and/or Supplies__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,200.00**

**Cohn Reznick LLP**
9255 Towne Centre Drive
Suite 250
San Diego, CA 92121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __6/18/18-7/9/18__

**Basis for the claim:** __Services and/or Supplies__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$272.99**

**Cole-Parmer**
13927 Collections Center Dr
Chicago, IL 60693-0139

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __6/28/18__

**Basis for the claim:** __Services and/or Supplies__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$295.00**

**County Burner & Machinery Corp**
4818 1/2 Ronson Ct
San Diego, CA 92111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __4/4/19__

**Basis for the claim:** __Services and/or Supplies__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Covance Research Products**
P.O. Box 2485
Burlington, NC 27216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __10/10/2018__

**Basis for the claim:** __Services and/or supplies__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00**

**CytoMend**
8554 Canoga Ave
Canoga Park, CA 91304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/31/17__

**Basis for the claim:** __Services and/or Supplies__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

| Debtor | **SAMM Solutions, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$62,633.00** |
|---|---|---|---|

**Dart Neuroscience, LLC**
**12278 Scripps Summit Drive**
**San Diego, CA 92131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/15/19**

Last 4 digits of account number __

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$57,000.00** |
|---|---|---|---|

**De Lage Landen Financials**
**C/O Cohn & Davis, LLC**
**68 Harison Ave #502**
**Boston, MA 02111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/1/18-12/1/18**

Last 4 digits of account number __

Basis for the claim:  **Stipulated Judgment**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$678.50** |
|---|---|---|---|

**Deluxe**
**P.O. Box 742572**
**Cicinnati, OH 45274-2572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/1/19**

Last 4 digits of account number __

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,662.44** |
|---|---|---|---|

**EDCO Disposal Corp.-354904**
**P.O. Box 6887**
**Buena Park, CA 90622-6887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/16/19**

Last 4 digits of account number __

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,191.16** |
|---|---|---|---|

**EDCO Disposal Corp.-359032**
**6670 Federal Blvd.**
**Lemon Grove, CA 91945**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/31/19**

Last 4 digits of account number __

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,485.17** |
|---|---|---|---|

**EGP Marketing Inc**
**14515 Valley View Avenue**
**Suite O**
**Santa Fe Springs, CA 90670-5243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/26/18-12/12/18**

Last 4 digits of account number __

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,613.77** |
|---|---|---|---|

**Emcor Services**
**2 Cromwell**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/20/18-12/15/18**

Last 4 digits of account number __

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset?  ■ No  ☐ Yes

---

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

| Debtor | **SAMM Solutions, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,190.70** |
|---|---|---|---|
| | **Envigo Global** | ☐ Contingent | |
| | **310 Swamp Bridge Road** | ☐ Unliquidated | |
| | **Denver, PA 17517** | ☐ Disputed | |
| | Date(s) debt was incurred **10/28/2019** | Basis for the claim: **Services and/or supplies** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,025.00** |
|---|---|---|---|
| | **Envirotek Laboratories, Inc.** | ☐ Contingent | |
| | **33 3rd St.** | ☐ Unliquidated | |
| | **Bordentown, NJ 08505** | ☐ Disputed | |
| | Date(s) debt was incurred **2/20/19** | Basis for the claim: **Services and/or Supplies** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$373.30** |
|---|---|---|---|
| | **Farmers Insurance Exchange** | ☐ Contingent | |
| | **P.O. Box 4665** | ☐ Unliquidated | |
| | **Carol Stream, IL 60197-4665** | ☐ Disputed | |
| | Date(s) debt was incurred **7/9/18** | Basis for the claim: **Services and/or Supplies** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,284.25** |
|---|---|---|---|
| | **FedEx** | ☐ Contingent | |
| | **P.O. Box 7221** | ☐ Unliquidated | |
| | **Pasadena, CA 91109-7321** | ☐ Disputed | |
| | Date(s) debt was incurred **3/29/19-7/23/19** | Basis for the claim: **Services and/or Supplies** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$487.45** |
|---|---|---|---|
| | **Firehawk Fire & Safety** | ☐ Contingent | |
| | **PO Box 910489** | ☐ Unliquidated | |
| | **San Diego, CA 92191** | ☐ Disputed | |
| | Date(s) debt was incurred **4/1/19** | Basis for the claim: **Services and/or Supplies** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,162.52** |
|---|---|---|---|
| | **Fisher Scientific** | ☐ Contingent | |
| | **4500 Turnberry Drive** | ☐ Unliquidated | |
| | **Hanover Park, IL 60133** | ☐ Disputed | |
| | Date(s) debt was incurred **8/4/17-12/1/17** | Basis for the claim: **Judgment** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$199.00** |
|---|---|---|---|
| | **Fred Pryor Seminars** | ☐ Contingent | |
| | **PO Box 219468** | ☐ Unliquidated | |
| | **Kansas City, MO 64121-9468** | ☐ Disputed | |
| | Date(s) debt was incurred **8/11/17** | Basis for the claim: **Services and/or Supplies** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

| Debtor | **SAMM Solutions, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,219.46** |
| | **GE Healthcare Bio-Sciences Corp.** | ☐ Contingent | |
| | **100 Results Way** | ☐ Unliquidated | |
| | **Marlborough, MA 01752** | ☐ Disputed | |
| | Date(s) debt was incurred **7/18/18-12/3/18** | Basis for the claim: **Services and/or Supplies** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,065.98** |
| | **Gemini Bio-Products** | ☐ Contingent | |
| | **930 Riverside Parkway** | ☐ Unliquidated | |
| | **Suite 50** | ☐ Disputed | |
| | **West Sacramento, CA 95605** | | |
| | Date(s) debt was incurred **9/10/18-11/20/18** | Basis for the claim: **Services and/or Supplies** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$839.63** |
| | **General Boiler Company, Inc.** | ☐ Contingent | |
| | **1546 East Adams Blvd.** | ☐ Unliquidated | |
| | **Los Angeles, CA 90011** | ☐ Disputed | |
| | Date(s) debt was incurred **1/30/19** | Basis for the claim: **Services and/or Supplies** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,892.00** |
| | **Ghazy Abu-Fielat** | ☐ Contingent | |
| | **3564 Van Bruen Blvd.** | ☐ Unliquidated | |
| | **Riverside, CA 92503** | ☐ Disputed | |
| | Date(s) debt was incurred **1/2018** | Basis for the claim: **Business Loan** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$245.95** |
| | **Glas-Col** | ☐ Contingent | |
| | **711  Hulman St.** | ☐ Unliquidated | |
| | **Terre Haute, IN 47802** | ☐ Disputed | |
| | Date(s) debt was incurred **6/5/18** | Basis for the claim: **Services and/or Supplies** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,211.24** |
| | **Henry Schein Scil** | ☐ Contingent | |
| | **151 N. Greenleaf St.** | ☐ Unliquidated | |
| | **Gumee, IL 60031** | ☐ Disputed | |
| | Date(s) debt was incurred **10/23/2018** | Basis for the claim: **Services and/or Supplies** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,129.01** |
| | **Hooke Laboratories, Inc.** | ☐ Contingent | |
| | **439 South Union Street** | ☐ Unliquidated | |
| | **Lawrence, MA 01843** | ☐ Disputed | |
| | Date(s) debt was incurred **8/20/18** | Basis for the claim: **Services and/or Supplies** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

| Debtor | SAMM Solutions, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $648.53 |
|---|---|---|---|

**Hygiena**
941 Avenida Acaso
Camarillo, CA 93012

Date(s) debt was incurred  12/5/17-2/6/19

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services and/or Supplies

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,605.48 |
|---|---|---|---|

**In Vivo Gen**
10515 Vista Sorrento Pkwy.
San Diego, CA 92121

Date(s) debt was incurred  2/28/2018

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services and/or Supplies

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $340.38 |
|---|---|---|---|

**Ingenium Group LLC**
2280 Micro Place
Escondido, CA 92029

Date(s) debt was incurred  9/21/18

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services and/or Supplies

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,787.62 |
|---|---|---|---|

**Instech Laboratories Inc.**
450 South Gravers Rd
Plymouth Meeting, PA 19462-1216

Date(s) debt was incurred  4/10/18-5/10/18

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services and/or Supplies

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,987.20 |
|---|---|---|---|

**Institute Biomedical Services**
2658 Del Mar Heights Rd.
STE
Del Mar, CA 92014

Date(s) debt was incurred  12/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Deposit Refund owed

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,200.00 |
|---|---|---|---|

**Integrity Research Consulting**
26015 Newport Avenue
Loma Linda, CA 92354

Date(s) debt was incurred  1/24/19

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services and/or Supplies

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,410.70 |
|---|---|---|---|

**Jackson Laboratory**
90260 Collection Center Drive
Chicago, IL 60693

Date(s) debt was incurred  10/4/17-11/28/18

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Critical operational services and/or supplies

Is the claim subject to offset? ■ No ☐ Yes

---

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

| Debtor | **SAMM Solutions, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,309.00**

**Johnson & Johnson Vision Surgical**
**1700 E. St Andrews Pl.**
**Santa Ana, CA 92075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/5/17**

Basis for the claim: **Services and/or Supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$158.00**

**JP Morgan Chase Bank**
**111 Polaris Parkway**
**Columbus, OH 43240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/2019-8/2019**

Basis for the claim: **Bank fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$293,539.20**

**Kalamata Capital Group**
**C/O Anthony Giuliano, Esq.**
**675 Old Country Road**
**Westbury, NY 11590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2018, 12/2018**

Basis for the claim: **Judgment**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,855.00**

**Keystone Bioanalytical, Inc.**
**501 Dickerson Road**
**North Wales, PA 19454-2536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2/2018**

Basis for the claim: **Services and/or Supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$38,869.15**

**L2 Consulting Inc.**
**23 des Lotus Street**
**Blainville, Quebec, Canada J7C 5V3**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/5/17**

Basis for the claim: **Services and/or Supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$566.57**

**Labconco Corp.**
**P.O. Box 801133**
**Kansas City, MO 64180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/30/18**

Basis for the claim: **Services and/or Supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,972.58**

**Landauer**
**P.O. Box 809051**
**Chicago, IL 60680-9051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/30/18-3/12/19**

Basis for the claim: **Services and/or Supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

Debtor  **SAMM Solutions, Inc.**
        Name

Case number (if known) _____

| | |
|---|---|
| 3.74 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **$4,821.36** |

3.74 **Nonpriority creditor's name and mailing address**

**Law Offices of Gregory Hout**
**12396 World Trade Drive**
**Suite 206**
**San Diego, CA 92128**

Date(s) debt was incurred  __5/31/19__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Critical operational services and/or supplies__

Is the claim subject to offset? ■ No  ☐ Yes

**$4,821.36**

---

3.75 **Nonpriority creditor's name and mailing address**

**Law Offices of Marcy E. Kaye**
**16870 West Bernardo Drive**
**Suite 400**
**San Diego, CA 92127**

Date(s) debt was incurred  __11/8/18__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services and/or Supplies__

Is the claim subject to offset? ■ No  ☐ Yes

**$3,244.45**

---

3.76 **Nonpriority creditor's name and mailing address**

**Life Diagnostics,Inc**
**124 Turner Lane**
**Suite 1**
**West Chester, PA 19380-4563**

Date(s) debt was incurred  __6/4/18-2/18/19__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Critical operational services and/or supplies__

Is the claim subject to offset? ■ No  ☐ Yes

**$31,202.75**

---

3.77 **Nonpriority creditor's name and mailing address**

**Longfellow Real Estate Partner**
**260 Franklin Street**
**Suite 1920**
**Boston, MA 02110**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Rent__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

3.78 **Nonpriority creditor's name and mailing address**

**Mari Bray**
**P.O. Box 506951**
**San Diego, CA 92150-6951**

Date(s) debt was incurred  __11/12/16-7/19/19__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Critical operational services and/or supplies__

Is the claim subject to offset? ■ No  ☐ Yes

**$45,900.00**

---

3.79 **Nonpriority creditor's name and mailing address**

**McKesson Medical-Surgical Inc.**
**P.O. Box 51020**
**Los Angeles, CA 90051-5320**

Date(s) debt was incurred  __10/1/18-1/4/19__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services and/or Supplies__

Is the claim subject to offset? ■ No  ☐ Yes

**$6,625.37**

---

3.80 **Nonpriority creditor's name and mailing address**

**Medline Industries Inc**
**Dept LA 21558**
**Pasadena, CA 91185-1558**

Date(s) debt was incurred  __6/26/18-5/25/19__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Critical operational services and/or supplies__

Is the claim subject to offset? ■ No  ☐ Yes

**$20,844.51**

---

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

| Debtor | **SAMM Solutions, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,994.00 |
|---|---|---|---|

**Molecular Devices**
**3860 NORTH FIRST STREET**
**San Jose, CA 95134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _3/2/17-4/26/19_

Basis for the claim:  **This is a primary vendor and is critical to cash flow.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,039.66 |
|---|---|---|---|

**MyBioSource, Inc.**
**P.O. Box 153308**
**San Diego, CA 92195-3308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _12/31/18-1/8/19_

Basis for the claim:  **Critical operational services and/or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,714.27 |
|---|---|---|---|

**National Virus Resource Laboratory**
**P.O. Box 4118**
**Atlanta, GA 30302-4118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $732.00 |
|---|---|---|---|

**Neuromics**
**5325 W 74th Street**
**Suite 8**
**Minneapolis, MN 55439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,450.00 |
|---|---|---|---|

**Nevada Technical Associates Inc.**
**PO Box 93355**
**Las Vegas, NV 89193-3355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _5/23/16_

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,424.44 |
|---|---|---|---|

**Newco Distributors INC**
**9060 Rochester Avenue**
**Rancho Cucamonga, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _10/26/18-3/27/19_

Basis for the claim:  **Critical operational services and/or supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64,180.62 |
|---|---|---|---|

**Nitel Inc.**
**Lockbox Dept. 4929**
**Carol Stream, IL 60122-4929**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _12/1/19-6/1/19_

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

| Debtor | **SAMM Solutions, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |
| | **Organization Effectiveness Consultants** | ☐ Contingent | |
| | **4451 Mistral Place** | ☐ Unliquidated | |
| | **San Diego, CA 92513** | ☐ Disputed | |
| | Date(s) debt was incurred __12/31/17__ | Basis for the claim: __Services and/or Supplies__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$104,430.00** |
| | **Orient Bioresources , Inc.** | ☐ Contingent | |
| | **C/O Marc Cervantes Esq.** | ☐ Unliquidated | |
| | **802 N Caranchua, STE 2100** | ☐ Disputed | |
| | **Corpus Christi, TX 78401** | | |
| | Date(s) debt was incurred __3/5/18-5/15/18__ | Basis for the claim: __Services and/or Supplies__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$208.86** |
| | **Otto Environmental** | ☐ Contingent | |
| | **11015 W. Layton Ave. Suite A** | ☐ Unliquidated | |
| | **Greenfield, WI 53228** | ☐ Disputed | |
| | Date(s) debt was incurred __12/1/17__ | Basis for the claim: __Services and/or Supplies__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46,000.00** |
| | **Pacific BioLabs** | ☐ Contingent | |
| | **551 Linus Pauling Drive** | ☐ Unliquidated | |
| | **Hercules, CA 94547** | ☐ Disputed | |
| | Date(s) debt was incurred __12/21/18-5/2/19__ | Basis for the claim: __Operational services and/or supplies__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52,860.00** |
| | **Pharmascience Inc.** | ☐ Contingent | |
| | **6111, Royalmount Avenue,** | ☐ Unliquidated | |
| | **Suite 100** | ☐ Disputed | |
| | **Montreal, Quebec, CA** | | |
| | Date(s) debt was incurred __4/11/19-5/3/19__ | Basis for the claim: __Operational services and/or supplies__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,107.58** |
| | **Pipette.com** | ☐ Contingent | |
| | **10360 Sorrento Valley Road** | ☐ Unliquidated | |
| | **San Diego, CA 92121** | ☐ Disputed | |
| | Date(s) debt was incurred __1/1/18-5/26/19__ | Basis for the claim: __Services and/or Supplies__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,810.69** |
| | **Praxair Distribution Inc.** | ☐ Contingent | |
| | **Dept. LA 21511** | ☐ Unliquidated | |
| | **Pasadena, CA 91185** | ☐ Disputed | |
| | Date(s) debt was incurred __11/30/18-5/31/19__ | Basis for the claim: __Services and/or Supplies__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

| Debtor | **SAMM Solutions, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.95**

**Nonpriority creditor's name and mailing address**

**Product Safety Lab**
**Dept. #2462**
**P.O. Box 11407**
**Birmingham, AL 35246**

Date(s) debt was incurred  **4/28/2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset?  ■ No  ☐ Yes

**$33,387.00**

---

**3.96**

**Nonpriority creditor's name and mailing address**

**Progressive Management Systems**
**1521 West Cameron Ave**
**West Covina, CA 91790**

Date(s) debt was incurred  **2/5/18**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset?  ■ No  ☐ Yes

**$251.77**

---

**3.97**

**Nonpriority creditor's name and mailing address**

**Promega Corporation**
**Attn: Holly McGaw**
**2800 Woods Hollow Road**
**Madison, WI 53711**

Date(s) debt was incurred  **11/2018**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset?  ■ No  ☐ Yes

**$2,828.44**

---

**3.98**

**Nonpriority creditor's name and mailing address**

**QPS**
**110 Executive Drive**
**Suite 7**
**Newark, DE 19711**

Date(s) debt was incurred  **6/2015**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services and/or supplies**
**Customer Deposit Refund Owed**

Is the claim subject to offset?  ■ No  ☐ Yes

**$16,358.20**

---

**3.99**

**Nonpriority creditor's name and mailing address**

**R & D Systems**
**614 Mckinley Place NE**
**Minneapolis, MN 55413-2647**

Date(s) debt was incurred  **7/31/2018-9/20/2018**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset?  ■ No  ☐ Yes

**$2,748.76**

---

**3.100**

**Nonpriority creditor's name and mailing address**

**R&D Laboratory Equipment**
**10028 Leavesly Trail**
**Santee, CA 92071**

Date(s) debt was incurred  **9/23/18**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset?  ■ No  ☐ Yes

**$516.30**

---

**3.101**

**Nonpriority creditor's name and mailing address**

**Ready Capital**
**1251 Avenue of Americas**
**50th Floor**
**New York, NY 10020**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **PPP Loan**

Is the claim subject to offset?  ☐ No  ■ Yes

**$377,800.00**

---

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

| Debtor | **SAMM Solutions, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.102** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$349,800.00**

**Ready Capital**
**1251 Avenue of Americas**
**50th Floor**
**New York, NY 10020**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **PPP Loan**

Is the claim subject to offset? ☐ No ■ Yes

---

**3.103** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,500.00**

**RMI Laboratories LLC**
**418 Industrial Drive**
**Nort Wales, PA 19454**

Date(s) debt was incurred  **11/19/18**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,623.00**

**San Diego Blood Bank**
**3636 Gateway Center Avenue**
**Suite 100**
**San Diego,, CA 92102**

Date(s) debt was incurred  **7/25/18-11/20/18**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$638.43**

**San Diego Scale Co., Inc.**
**4510 Federal Blvd.**
**San Diego, CA 92102**

Date(s) debt was incurred  **5/1/19**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75,294.08**

**San Diego Sycamore LLC**
**c/o DLA Piper LLP**
**555 Mission Street, Suite 2400**
**San Francisco, CA 94105**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services and/or supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$769.17**

**Sarstedt**
**PO Box 468**
**Newton, NC 28658-0468**

Date(s) debt was incurred  **4/23/18-6/15/18**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,108.00**

**Selleck Chemicals LLC**
**P.O. Box 300287**
**Houston, TX 77230**

Date(s) debt was incurred  **3/2/17-5/31/19**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

| Debtor | **SAMM Solutions, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.109** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$909.35**

**Sharp Business Systems**
**Dept. LA 21565**
**Pasadena, CA 91185-1565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/25/18-6/11/19

Basis for the claim:  Services and/or Supplies

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$253.95**

**Sharp Electronics Corporation**
**Dept. LA 21565**
**Pasadena, CA 91185-1565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/23/18-12/25/18

Basis for the claim:  Services and/or Supplies

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,077.46**

**Siemens Healthcare Diagnostics**
**PO Box 121102**
**Dallas, TX 75312-1102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/27/18-5/16/19

Basis for the claim:  Critical operational services and/or supplies

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,800.00**

**Society of Toxicology**
**11190 sunrise Valley Drive,**
**Suite 300**
**Reston, VA 20191**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/5/19

Basis for the claim:  Services and/or Supplies

Last 4 digits of account number  DELETED

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$598.35**

**SouthCoast Anesthesiia LLC**
**2112 Clematis St.**
**San Diego, CA 92105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/3/18

Basis for the claim:  Services and/or Supplies

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$650.74**

**SRPS**
**P.O. Box 504591**
**St. Louis, MO 63150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/2/18-9/19/18

Basis for the claim:  Services and/or Supplies

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,866.34**

**Staples**
**P.O. Box 83689**
**Chicago, IL 60696-3689**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/6/18-4/1/19

Basis for the claim:  Services and/or Supplies

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

| Debtor | **SAMM Solutions, Inc.** | Case number (if known) | |
|---|---|---|---|

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$57.24** |
|---|---|---|---|

**STAT Veterinary Laboratory**
**10455 Sorrento Valley Road**
**Ste. 100**
**San Diego, CA 92121**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred  **4/1/18**

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  □ Yes

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,146.47** |
|---|---|---|---|

**Stemcell Technologies**
**ATTN LBX No. 200590**
**Pittsburgh, PA 15251-0590**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred  **11/2018**

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  □ Yes

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$76,917.73** |
|---|---|---|---|

**Stephe Hinze**
**100 E. San Marcos Blvd.**
**Suite 400**
**San Marcos, CA 92059**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred  **1/10/2020**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  □ Yes

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,607.75** |
|---|---|---|---|

**Steris Corp.**
**5960 Heisley Road**
**Mentor, OH 44060**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred  **12/28/18**

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  □ Yes

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,495.00** |
|---|---|---|---|

**Strategic Business Communications**
**1979 Marcus Avenue,**
**Suite 210**
**Lake Success, NY 11042-1022**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred  **11/2017**

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  □ Yes

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$265,114.10** |
|---|---|---|---|

**Tareq Abu-Nadi**
**993 Brenna Hills Place**
**Escondido, CA 92025**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred  **1/2012-7/2019**

Basis for the claim:  **Loans to business**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  □ Yes

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$859.00** |
|---|---|---|---|

**Technical Safety Services, Inc.**
**620 Hearst Avenue**
**Berkeley, CA 94710**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred  **4/17/18-9/26/18**

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  □ Yes

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

| Debtor | **SAMM Solutions, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.123**  Nonpriority creditor's name and mailing address

**The Business Backers**
**10856 Reed Hartman Hwy.**
**Suite 1**
**Cincinnati, OH 45242**

Date(s) debt was incurred  **3/14/18**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Judgment**

Is the claim subject to offset? ■ No ☐ Yes

**$81,323.32**

---

**3.124**  Nonpriority creditor's name and mailing address

**Thermo Fisher Scientific, LLC**
**P.O. BOX 842339**
**DALLAS, TX 75284-2339**

Date(s) debt was incurred  **1/4/18**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$712.47**

---

**3.125**  Nonpriority creditor's name and mailing address

**Thermofisher Scientific**
**12088 Collection Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred  **3/16/16-1/11/19**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$9,532.01**

---

**3.126**  Nonpriority creditor's name and mailing address

**TPX Communication**
**P. O. Box 509013**
**San Diego, CA 92150**

Date(s) debt was incurred  **1/31/18-8/31/18**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$16,323.51**

---

**3.127**  Nonpriority creditor's name and mailing address

**UCSD Health**
**P.O. Box 748607**
**Los Angeles, CA 90074-8607**

Date(s) debt was incurred  **11/4/18**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Medical Services**

Is the claim subject to offset? ■ No ☐ Yes

**$217.25**

---

**3.128**  Nonpriority creditor's name and mailing address

**UCSD Medical Group**
**File#57326**
**Los Angeles, CA 90074-7326**

Date(s) debt was incurred  **12/5/18**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Medical Services**

Is the claim subject to offset? ■ No ☐ Yes

**$165.00**

---

**3.129**  Nonpriority creditor's name and mailing address

**UCSD Occupational**
**& Environmental Medicine**
**P. O. Box 34457**
**San Diego, CA 92163-4457**

Date(s) debt was incurred  **8/23/17-5/15/19**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$17,856.00**

---

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

| Debtor | **SAMM Solutions, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.130** | Nonpriority creditor's name and mailing address

**UCSD, CRSF**
**Division of Infectious Disease**
**9500 Gilman Drive**
**La Jolla, CA 92093-0711**

Date(s) debt was incurred **11/26/2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Medical Services**

Is the claim subject to offset? ■ No ☐ Yes

**$37,359.23**

---

**3.131** | Nonpriority creditor's name and mailing address

**Uline**
**P.O. Box 88741**
**Chicago, IL 60680-1741**

Date(s) debt was incurred **10/26/18-12/5/18**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$1,122.48**

---

**3.132** | Nonpriority creditor's name and mailing address

**UniFirst**
**4041 Market Street**
**San Diego, CA 92102**

Date(s) debt was incurred **4/9/19-7/2/19**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$3,583.48**

---

**3.133** | Nonpriority creditor's name and mailing address

**University of Virginia**
**Patent Foundation**
**722 Preston Avenue Suite 107**
**Charlottesville, VA 22903**

Date(s) debt was incurred **5/10/19**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$5,000.00**

---

**3.134** | Nonpriority creditor's name and mailing address

**US Veterinary Equipment Inc.**
**4656 Mission Gorge Place,**
**Suite B**
**San Diego, CA 92120**

Date(s) debt was incurred **5/10/19**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$1,642.35**

---

**3.135** | Nonpriority creditor's name and mailing address

**US Veternary Equipment**
**4656 Mission Gorge Place**
**Suite B**
**San Diego, CA 92120**

Date(s) debt was incurred **5/10/2019**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$1,642.35**

---

**3.136** | Nonpriority creditor's name and mailing address

**Usama Abunadi**
**43931 Cala Sandor**
**Temecula, CA 92592**

Date(s) debt was incurred **2012-7/2019**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan from Shareholder**

Is the claim subject to offset? ■ No ☐ Yes

**$1,036,809.75**

---

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

| Debtor | **SAMM Solutions, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.137** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,101.01**

**Veolia Environmental Service**
P.O. Box 73709
Chicago, IL 60673

Date(s) debt was incurred  8/28/2019

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.138** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,425.80**

**Verona Safety**
913 Watson Ave
Madison, WI 53713

Date(s) debt was incurred  3/26/19-4/3/19

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.139** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$330.33**

**Videotel Digital**
681 Anita Street Suite #104
Chula Vista, CA 91911

Date(s) debt was incurred  1/4/18

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.140** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,416.77**

**VWR International LLC**
PO Box 640169
Pittsburgh, PA 15264-0169

Date(s) debt was incurred  11/2/18-6/10/19

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Critical operational services and/or supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.141** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$244.32**

**Waxie Sanitary Supply**
9353 WEaxie Way
San Diego, CA 92123

Date(s) debt was incurred  5/9/18

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.142** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$644,272.30**

**WCCP Rosemont, LLC**
721 Emerson Road, STE 300
Saint Louis, MO 63141

Date(s) debt was incurred  2/14/18-3/1/19

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Stipulated Judgment**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.143** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,201.02**

**Wells Fargo Vendor Fin Serv**
P.O  Box 51043
Los Angeles, CA 90051-5343

Date(s) debt was incurred  9/2/18-3/31/19

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services and/or Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

| Debtor | **SAMM Solutions, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,508.98 |
|---|---|---|---|

**WestAir**
P.O. Box 101420
Pasadena, CA 91189-1420

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/28/19-5/31/19

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $490.60 |
|---|---|---|---|

**Westair**
PO BOX 101420
Pasadena, CA 91189-1420

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/31/19-5/31/19

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,841.11 |
|---|---|---|---|

**World Courier, Inc.**
P.O. Box 842325
Boston, MA 02284-2325

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/30/18-1/31/19

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,100.00 |
|---|---|---|---|

**Xybion Medical Systems**
2000 LENOX DR, SUITE 101
LAWRENCEVILLE, NJ 08648

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/1/17-3/1/19

Basis for the claim:  **Operational services and/or supplies**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $258.17 |
|---|---|---|---|

**Zoetis**
PO Box 419022
Boston, MA 02241-9022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/24/19

Basis for the claim:  **Services and/or Supplies**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Alan L. Brodkin**<br>**Alan L. Brodkin & Associates**<br>**15500B Rockfield Blvs.**<br>**Irvine, CA 92618** | Line  3.3<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Christy L. Bertram**<br>**Johnston & Bertram**<br>**27201 Puerta Real, Suite 300**<br>**Mission Viejo, CA 92691** | Line  3.123<br><br>☐ Not listed. Explain ____ | __ |

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

| Debtor | **SAMM Solutions, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Fredrick Kosmo Jr. Esq.**<br>**Wislon, Turner & Kosmo**<br>**402 W. Broadway, STE 1600**<br>**San Diego, CA 92101** | Line __3.30__<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Patricia L. Hill**<br>**Graydon, Head & Ritchey**<br>**7759 Universtiy Dr. #A**<br>**West Chester, OH 45069** | Line __3.123__<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 610,945.33 |
| **5b. Total claims from Part 2** | 5b. + $ | 4,883,138.19 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 5,494,083.52 |

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

**Fill in this information to identify the case:**

Debtor name    **SAMM Solutions, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Commercial Building Lease 11211 Sorrento Valley Road, San Doego CA 92121**<br>**36 months** | **Kathy Petrucci, DVM**<br>**11211 Sorrento Valley Rd.**<br>**STE. A**<br>**San Diego, CA 92121** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Commercial Building Lease 9990 Mesa Rim Road, San Diego CA 92121**<br>**36 Months** | **Luminec Pharmaceuticals, Inc.**<br>**3200 SE 164th Ave**<br>**STE. 106**<br>**Vancouver, WA 98683** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Commercial Building Lease: 10635 Roselle St. San Diego, CA 92121**<br>**36 Months** | **Sorrento Roselle Corporation**<br>**C/O Jacob Management Group**<br>**P. O. Box 230931**<br>**Encinitas, CA 92023** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Storage units (3)** | **Trojan Storage**<br>**9990 Mesa Rim Rd.**<br>**Suite 100**<br>**San Diego, CA 92121** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

**Fill in this information to identify the case:**

Debtor name **SAMM Solutions, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Usama Abunadi** | **43931 Carla Sandor Temecula, CA 92592** | **Accel Capital Services** | ☐ D _____ ☑ E/F **3.3** ☐ G _____ |
| 2.2 **Usama Abunadi** | **43931 Carla Sandor Temecula, CA 92592** | **Employment Development Dept.** | ☐ D _____ ☑ E/F **2.2** ☐ G _____ |
| 2.3 **Usama Abunadi** | **43931 Carla Sandor Temecula, CA 92592** | **Franchise Tax Board** | ☐ D _____ ☑ E/F **2.3** ☐ G _____ |
| 2.4 **Usama Abunadi** | **43931 Carla Sandor Temecula, CA 92592** | **Kalamata Capital Group** | ☐ D _____ ☑ E/F **3.69** ☐ G _____ |
| 2.5 **Usama Abunadi** | **43931 Carla Sandor Temecula, CA 92592** | **The Business Backers** | ☐ D _____ ☑ E/F **3.123** ☐ G _____ |

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

Debtor  **SAMM Solutions, Inc.** _____    Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** |
|---|---|

2.6    **Usama Abunadi**        **43931 Carla Sandor**        **WCCP Rosemont,**        ☐ D  _____
                        **Temecula, CA 92592**        **LLC**        ■ E/F  **3.142**
                                                            ☐ G  _____

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

# United States Bankruptcy Court
## Southern District of California

In re  **SAMM Solutions, Inc.** _____

Debtor(s)

Case No. _____

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Imtiaz Mohammady** | | **3%** | **Stock** |
| **Mahmoud Atieh** | | **18.5%** | **Stock** |
| **Tareq Abunadi** | | **39.25%** | **Stock** |
| **Usama Abunadi** | | **39.25%** | **Stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   3/26/2021 _____

Signature   *DocuSigned by:*
*Usama Abunadi*
—55FC46EFFFB5446—
**Usama Abunadi**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

**CSD 1008** [08/21/00]
Name, Address, Telephone No. & I.D. No.
**Paul J. Leeds, Esq. 214309  (SBN 131787)**
**401 West A Street Suite 2600**
**San Diego, CA 92101**
**(619) 236-1551**
**214309 CA**

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**SAMM Solutions, Inc.**

BANKRUPTCY NO.

Debtor.

## VERIFICATION OF CREDITOR MATRIX

PART I (check and complete one):

■ New petition filed.  Creditor diskette required.                    TOTAL NO. OF CREDITORS: **161**

☐ Conversion filed on _____. *See instructions on reverse side.*
　　☐ Former Chapter 13 converting.  Creditor diskette required.        TOTAL NO. OF CREDITORS:_____
　　☐ Post-petition creditors added.  Scannable matrix required.
　　☐ There are no post-petition creditors. No matrix required.

☐ Amendment or Balance of Schedules filed concurrently with this original scannable matrix affecting Schedule of Debts and/or Schedule of
Equity Security Holders. *See instructions on reverse side.*
　　☐ Names and addresses are being ADDED.
　　☐ Names and addresses are being DELETED.
　　☐ Names and addresses are being CORRECTED.

PART II (check one):

■ The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

☐ The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that
the filing of a matrix is not required.

Date:  3/26/2021

DocuSigned by:
*Usama Abunadi*
55FC46EFFFB5446...
**Usama Abunadi/President**
Signer/Title

**REFER TO INSTRUCTIONS ON REVERSE SIDE**
CSD 1008

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

**CSD 1008 (Page 2)** [08/21/00]

# INSTRUCTIONS

1)      Full compliance with <u>Special Requirements for Mailing Addresses</u> (CSD 1007) is required.

2)      A creditors matrix with <u>Verification</u> is required whenever the following occurs:

     a)      A new petition is filed.  Diskette required.

     b)      A case is converted on or after SEPTEMBER 1, 2000. (See paragraph 4b concerning post-petition creditors.)

     c)      An amendment to a case on or after SEPTEMBER 1, 2000, which adds, deletes or changes creditor address information on the debtor's Schedule of Debts and/or Schedule of Equity Security Holders.  Scannable matrix format required.

3)      The scannable matrix must be <u>originally</u> typed or printed. It may not be a copy.

4)      CONVERSIONS:

     a)      When converting a Chapter 13 case filed before SEPTEMBER 1, 2000, to another chapter, <u>ALL</u> creditors must be listed on the mailing matrix at the time of filing and accompanied by a <u>Verification</u>.  Diskette required.

     b)      For Chapter 7, 11, or 12 cases converted on or after SEPTEMBER 1, 2000, <u>only post-petition creditors need be listed on the mailing matrix</u>. The matrix and <u>Verification</u> must be filed with the post-petition schedule of debts and/or schedule of equity security holders. If there are no post-petition creditors, only the verification form is required.  Scannable matrix format required.

5)      AMENDMENTS AND BALANCE OF SCHEDULES:

     a)      <u>Scannable matrix format required.</u>

     b)      The matrix with <u>Verification</u> is a document separate from the amended schedules and may not be used to substitute for any portion of the schedules. IT MUST BE SUBMITTED WITH THE AMENDMENT/BALANCE OF SCHEDULES.

     c)      Prepare a separate page for each type of change required: ADDED, DELETED, or CORRECTED. On the **REVERSE** side of each matrix page, indicate which category that particular page belongs in. Creditors falling in the same category should be placed on the same page in alphabetical order.

6)      Please refer to CSD 1007 for additional information on how to avoid matrix-related problems.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                                          Best Case Bankruptcy

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

Abcam, Inc.
PO Box 3460
Boston, MA 02241-3460


Abnova
PO Box 1697
Walnut, CA 91788


Accel Capital Services
65 West 36th street, Suite 12
New York, NY 10018


Action Air Conditioning
130 Bosstick Blvd.
San Marcos, CA 92069


ADME Solutions, Inc.
10531 4 S. Commons Drive
#594
San Diego, CA 92127


Advanced Chemical Transport
967 Mabury Road
San Jose, CA 95133


Agilent Technologies
P.O. Box 742108
Los Angeles, CA 90074-2108


Alan L. Brodkin
Alan L. Brodkin & Associates
15500B Rockfield Blvs.
Irvine, CA 92618


American Casualty Company
PO Box 94733
Chicago, IL 60690-4733

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

Anderson Valuations, Inc.
3467 Avocado Vista Lane
Fallbrook, CA 92028


Aqua Chill
PO Box 24737
Tempe, AZ 85285


Aquaclear
3952 D Clairemont Mesa Blvd.
Suite 294
San Diego, CA 92117


ATCC
5779 Collection Center Drive
Chicago, IL 60693


Aviva Systems Biology
7700 Ronson Road,
Ste 100
San Diego, CA 92111


Bay Alarm Co
P.O. Box 7137
San Francisco, CA 94120-7137


Beckman Coulter, Inc
Dept. CH 10164
Palatine, IL 60055-0164


Becton, Dickinson and Company
PO Box 100921
Pasadena, CA 91189-0921


Biocom
10996 Torreyana Dr.
Suite 200
San Diego, CA 92121

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

BioLegend
9727 Pacific Heights Blvd
San Diego, CA 92121


BioQual Solutions, Inc.
4070 Lago Di Grata Cir.
San Diego, CA 92130


Business Wire, Inc.
101 California Street
20th Floor
San Francisco, CA 94111


Cadence Science
2080 Plainfied Pike
Cranston, RI 02921


California Filtration Srvs Inc
1168 N Johnson Ave,
El Cajon, CA 92020


Canseco Boiler Services
8641 Whitaker Street
Buena Park, CA 90621


Capital One Bank (USA), N.A.
P.O. Box 60599
City Of Industry, CA 91716-0599


Cardinal Health.
P.O. Box 100552
Pasadena, CA 91189


Cayman Chemicals Co Inc
1180 E. Ellsworth Road
Ann Arbor, MI 48108

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

Cell Signaling Technology
P.O. Box 3843
Boston, MA 02241-3843


Certara USA Inc.
222 S. Central Avenue
Suite 1008
Clayton, MO 63105


Ceva International Inc.
Dept. 2309
Carol Stream, IL 60132-2309


Channel Methods
Pennsylvania Biotechnology Ctr
3805 Old Easton Rd
Doylestown, PA 18902


Chondrex, Inc.
2607 151st Place NE
Redmond, WA 98052-5522


Christy L. Bertram
Johnston & Bertram
27201 Puerta Real, Suite 300
Mission Viejo, CA 92691


City of San Diego
P.O. Box 121536
San Diego, CA 92112


CNA Insurance
P.O. Box 790094
St. Louis, MO 63179-0094


Cohn Reznick LLP
9255 Towne Centre Drive
Suite 250
San Diego, CA 92121

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

Cole-Parmer
13927 Collections Center Dr
Chicago, IL 60693-0139


County Burner & Machinery Corp
4818 1/2 Ronson Ct
San Diego, CA 92111


County Tax Collector
1600 Pacific Highway
Room 162
San Diego, CA 92101


Covance Research Products
P.O. Box 2485
Burlington, NC 27216


CytoMend
8554 Canoga Ave
Canoga Park, CA 91304


Dart Neuroscience, LLC
12278 Scripps Summit Drive
San Diego, CA 92131


De Lage Landen Financials
C/O Cohn & Davis, LLC
68 Harison Ave #502
Boston, MA 02111


Deluxe
P.O. Box 742572
Cicinnati, OH 45274-2572


EDCO Disposal Corp.-354904
P.O. Box 6887
Buena Park, CA 90622-6887

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

EDCO Disposal Corp.-359032
6670 Federal Blvd.
Lemon Grove, CA 91945


EGP Marketing Inc
14515 Valley View Avenue
Suite O
Santa Fe Springs, CA 90670-5243


Emcor Services
2 Cromwell
Irvine, CA 92618


Employment Development Dept.
Bankruptcy Unit MIC 92E
P. O. Box 826880
Sacramento, CA 94280


Envigo Global
310 Swamp Bridge Road
Denver, PA 17517


Envirotek Laboratories, Inc.
33 3rd St.
Bordentown, NJ 08505


Farmers Insurance Exchange
P.O. Box 4665
Carol Stream, IL 60197-4665


FedEx
P.O. Box 7221
Pasadena, CA 91109-7321


Firehawk Fire & Safety
PO Box 910489
San Diego, CA 92191

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

Fisher Scientific
4500 Turnberry Drive
Hanover Park, IL 60133


Franchise Tax Board
PO Box 942857
Sacramanto, CA 94257-0511


Fred Pryor Seminars
PO Box 219468
Kansas City, MO 64121-9468


Fredrick Kosmo Jr. Esq.
Wislon, Turner & Kosmo
402 W. Broadway, STE 1600
San Diego, CA 92101


GE Healthcare Bio-Sciences Corp.
100 Results Way
Marlborough, MA 01752


Gemini Bio-Products
930 Riverside Parkway
Suite 50
West Sacramento, CA 95605


General Boiler Company, Inc.
1546 East Adams Blvd.
Los Angeles, CA 90011


Ghazy Abu-Fielat
3564 Van Bruen Blvd.
Riverside, CA 92503


Glas-Col
711 Hulman St.
Terre Haute, IN 47802

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

Henry Schein Scil
151 N. Greenleaf St.
Gumee, IL 60031


Hooke Laboratories, Inc.
439 South Union Street
Lawrence, MA 01843


Hygiena
941 Avenida Acaso
Camarillo, CA 93012


In Vivo Gen
10515 Vista Sorrento Pkwy.
San Diego, CA 92121


Ingenium Group LLC
2280 Micro Place
Escondido, CA 92029


Instech Laboratories Inc.
450 South Gravers Rd
Plymouth Meeting, PA 19462-1216


Institute Biomedical Services
2658 Del Mar Heights Rd.
STE
Del Mar, CA 92014


Integrity Research Consulting
26015 Newport Avenue
Loma Linda, CA 92354


Internal Revenue Service
Chief Special Procedures
P. O. Box 7346
Philadelphia, PA 19101-7346

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

Jackson Laboratory
90260 Collection Center Drive
Chicago, IL 60693


Johnson & Johnson Vision Surgical
1700 E. St Andrews Pl.
Santa Ana, CA 92075


JP Morgan Chase Bank
111 Polaris Parkway
Columbus, OH 43240


Kalamata Capital Group
C/O Anthony Giuliano, Esq.
675 Old Country Road
Westbury, NY 11590


Kathy Petrucci, DVM
11211 Sorrento Valley Rd.
STE. A
San Diego, CA 92121


Keystone Bioanalytical, Inc.
501 Dickerson Road
North Wales, PA 19454-2536


L2 Consulting Inc.
23 des Lotus Street
Blainville, Quebec, Canada J7C 5V3


Labconco Corp.
P.O. Box 801133
Kansas City, MO 64180


Landauer
P.O. Box 809051
Chicago, IL 60680-9051

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

Law Offices of Gregory Hout
12396 World Trade Drive
Suite 206
San Diego, CA 92128


Law Offices of Marcy E. Kaye
16870 West Bernardo Drive
Suite 400
San Diego, CA 92127


Life Diagnostics,Inc
124 Turner Lane
Suite 1
West Chester, PA 19380-4563


Longfellow Real Estate Partner
260 Franklin Street
Suite 1920
Boston, MA 02110


Luminec Pharmaceuticals, Inc.
3200 SE 164th Ave
STE. 106
Vancouver, WA 98683


Mari Bray
P.O. Box 506951
San Diego, CA 92150-6951


McKesson Medical-Surgical Inc.
P.O. Box 51020
Los Angeles, CA 90051-5320


Medline Industries Inc
Dept LA 21558
Pasadena, CA 91185-1558

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

Molecular Devices
3860 NORTH FIRST STREET
San Jose, CA 95134


MyBioSource, Inc.
P.O. Box 153308
San Diego, CA 92195-3308


National Virus Resource Laboratory
P.O. Box 4118
Atlanta, GA 30302-4118


Neuromics
5325 W 74th Street
Suite 8
Minneapolis, MN 55439


Nevada Technical Associates Inc.
PO Box 93355
Las Vegas, NV 89193-3355


Newco Distributors INC
9060 Rochester Avenue
Rancho Cucamonga, CA 91730


Nitel Inc.
Lockbox Dept. 4929
Carol Stream, IL 60122-4929


Organization Effectiveness Consultants
4451 Mistral Place
San Diego, CA 92513


Orient Bioresources , Inc.
C/O Marc Cervantes Esq.
802 N Caranchua, STE 2100
Corpus Christi, TX 78401

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

Otto Environmental
11015 W. Layton Ave. Suite A
Greenfield, WI 53228


Pacific BioLabs
551 Linus Pauling Drive
Hercules, CA 94547


Pacific Premier Bank
17901 Von Karmen Ave.
Suite 1200
Irvine, CA 92614


Patricia L. Hill
Graydon, Head & Ritchey
7759 Universtiy Dr. #A
West Chester, OH 45069


Pharmascience Inc.
6111, Royalmount Avenue,
Suite 100
Montreal, Quebec, CA


Pipette.com
10360 Sorrento Valley Road
San Diego, CA 92121


Praxair Distribution Inc.
Dept. LA 21511
Pasadena, CA 91185


Product Safety Lab
Dept. #2462
P.O. Box 11407
Birmingham, AL 35246


Progressive Management Systems
1521 West Cameron Ave
West Covina, CA 91790

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

Promega Corporation
Attn: Holly McGaw
2800 Woods Hollow Road
Madison, WI 53711


QPS
110 Executive Drive
Suite 7
Newark, DE 19711


R & D Systems
614 Mckinley Place NE
Minneapolis, MN 55413-2647


R&D Laboratory Equipment
10028 Leavesly Trail
Santee, CA 92071


Ready Capital
1251 Avenue of Americas
50th Floor
New York, NY 10020


RMI Laboratories LLC
418 Industrial Drive
Nort Wales, PA 19454


San Diego Blood Bank
3636 Gateway Center Avenue
Suite 100
San Diego,, CA 92102


San Diego Scale Co., Inc.
4510 Federal Blvd.
San Diego, CA 92102

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

San Diego Sycamore LLC
c/o DLA Piper LLP
555 Mission Street, Suite 2400
San Francisco, CA 94105


Sarstedt
PO Box 468
Newton, NC 28658-0468


Selleck Chemicals LLC
P.O. Box 300287
Houston, TX 77230


Sharp Business Systems
Dept. LA 21565
Pasadena, CA 91185-1565


Sharp Electronics Corporation
Dept. LA 21565
Pasadena, CA 91185-1565


Siemens Healthcare Diagnostics
PO Box 121102
Dallas, TX 75312-1102


Society of Toxicology
11190 sunrise Valley Drive,
Suite 300
Reston, VA 20191


Sorrento Roselle Corporation
C/O Jacob Management Group
P. O. Box 230931
Encinitas, CA 92023


SouthCoast Anesthesiia LLC
2112 Clematis St.
San Diego, CA 92105

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

```
SRPS
P.O. Box 504591
St. Louis, MO 63150


Staples
P.O. Box 83689
Chicago, IL 60696-3689


STAT Veterinary Laboratory
10455 Sorrento Valley Road
Ste. 100
San Diego, CA 92121


Stemcell Technologies
ATTN LBX No. 200590
Pittsburgh, PA 15251-0590


Stephe Hinze
100 E. San Marcos Blvd.
Suite 400
San Marcos, CA 92059


Steris Corp.
5960 Heisley Road
Mentor, OH 44060


Strategic Business Communications
1979 Marcus Avenue,
Suite 210
Lake Success, NY 11042-1022


Tareq Abu-Nadi
993 Brenna Hills Place
Escondido, CA 92025


Technical Safety Services, Inc.
620 Hearst Avenue
Berkeley, CA 94710
```

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

The Business Backers
10856 Reed Hartman Hwy.
Suite 1
Cincinnati, OH 45242


Thermo Fisher Scientific, LLC
P.O. BOX 842339
DALLAS, TX 75284-2339


Thermofisher Scientific
12088 Collection Center Drive
Chicago, IL 60693


TPX Communication
P. O. Box 509013
San Diego, CA 92150


Trojan Storage
9990 Mesa Rim Rd.
Suite 100
San Diego, CA 92121


UCSD Health
P.O. Box 748607
Los Angeles, CA 90074-8607


UCSD Medical Group
File#57326
Los Angeles, CA 90074-7326


UCSD Occupational
& Environmental Medicine
P. O. Box 34457
San Diego, CA 92163-4457


UCSD, CRSF
Division of Infectious Disease
9500 Gilman Drive
La Jolla, CA 92093-0711

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

Uline
P.O. Box 88741
Chicago, IL 60680-1741


UniFirst
4041 Market Street
San Diego, CA 92102


University of Virginia
Patent Foundation
722 Preston Avenue Suite 107
Charlottesville, VA 22903


US Veterinary Equipment Inc.
4656 Mission Gorge Place,
Suite B
San Diego, CA 92120


US Veternary Equipment
4656 Mission Gorge Place
Suite B
San Diego, CA 92120


Usama Abunadi
43931 Cala Sandor
Temecula, CA 92592


Usama Abunadi
43931 Carla Sandor
Temecula, CA 92592


Veolia Environmental Service
P.O. Box 73709
Chicago, IL 60673


Verona Safety
913 Watson Ave
Madison, WI 53713

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

```
Videotel Digital
681 Anita Street Suite #104
Chula Vista, CA 91911


VWR International LLC
PO Box 640169
Pittsburgh, PA 15264-0169


Waxie Sanitary Supply
9353 WEaxie Way
San Diego, CA 92123


WCCP Rosemont, LLC
721 Emerson Road, STE 300
Saint Louis, MO 63141


Wells Fargo Vendor Fin Serv
P.O Box 51043
Los Angeles, CA 90051-5343


WestAir
P.O. Box 101420
Pasadena, CA 91189-1420


Westair
PO BOX 101420
Pasadena, CA 91189-1420


World Courier, Inc.
P.O. Box 842325
Boston, MA 02284-2325


Xybion Medical Systems
2000 LENOX DR, SUITE 101
LAWRENCEVILLE, NJ 08648
```

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

```
Zoetis
PO Box 419022
Boston, MA 02241-9022
```

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

# United States Bankruptcy Court
## Southern District of California

In re   **SAMM Solutions, Inc.**

                                       Debtor(s)

Case No. _____

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **SAMM Solutions, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

3/26/2021

Date

DocuSigned by:

*Paul J. Leeds*

C75D407684204DA...

**Paul J. Leeds, Esq. 214309  (SBN 131787)**

Signature of Attorney or Litigant

Counsel for   **SAMM Solutions, Inc.**

**Higgs Fletcher & Mack LLP**
**401 West A Street Suite 2600**
**San Diego, CA 92101**
**(619) 236-1551 Fax:(619) 696-1410**
**leedsp@higgslaw.com**

DocuSign Envelope ID: 56440EF2-167A-44FB-AA7E-45BA3B4F56C3

**CSD 1801** [12/01/16]
Name, Address, Telephone No. & I.D. No.
**Paul J. Leeds, Esq. 214309  (SBN 131787)**
**401 West A Street Suite 2600**
**San Diego, CA 92101**
**(619) 236-1551**
**214309 CA**

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
**SAMM Solutions, Inc.**

BANKRUPTCY NO.

Debtor.

## DECLARATION RE: ELECTRONIC FILING OF
## PETITION, SCHEDULES & STATEMENTS

### PART I - DECLARATION OF PETITIONER

I [We] __Usama Abunadi__ and _____, the debtor(s), *hereby declare under penalty of perjury* that the information I have given my attorney and the information provided in the electronically filed petition, statements, and schedules is true and correct. I consent to my attorney sending my petition, this declaration, statements and schedules to the United States Bankruptcy Court. I understand that this **Declaration Re: Electronic Filing** is to be filed with the Clerk once all schedules have been filed electronically but, in no event, no later than 14 days following the date the petition was electronically filed. I understand that failure to file the signed original of this **Declaration** will cause my case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice.

☐ [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter specified in this petition.

■ [If petitioner is a corporation or partnership] I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

Dated: 3/26/2021

Signed:  *Usama Abunadi*
DocuSigned by:
55FC8BCE4B548E...
**Usama Abunadi**
*(Debtor)

*If filed electronically, pursuant to LBR 5005-4(C), the original debtor signature(s) in a scanned format is required.

### PART II - DECLARATION OF ATTORNEY

I *declare under penalty of perjury* that I have informed the petitioner, if an individual, that [he or she] may proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that I have no knowledge after an inquiry that the information in the schedules is incorrect.

Dated: 3/26/2021

DocuSigned by:
*Paul J. Leeds*
C70D40766420ADA...
**Paul J. Leeds, Esq. 214309  (SBN 131787)**
Attorney for Debtor(s)

CSD 1801

**3:05 PM**

**03/26/21**

**Accrual Basis**

# BTS RESEARCH
## Balance Sheet
### As of March 26, 2021

|  | Mar 26, 21 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Payroll - Coastal Bank Acct | 1.13 |
| CB&T Tax Account 7709 | 93.40 |
| CB&T Operation 7675 | 136,777.97 |
| CB&T Payroll 7667 | -39,510.45 |
| Petty Cash | 76,040.00 |
| Cash In Bank - PPB Payroll | 15,167.16 |
| **Total Checking/Savings** | 188,569.21 |
| **Accounts Receivable** | |
| Accounts Receivable | 188,691.49 |
| **Total Accounts Receivable** | 188,691.49 |
| **Other Current Assets** | |
| Unbilled A/R | 110,472.06 |
| Undeposited Funds | 89,389.20 |
| **Total Other Current Assets** | 199,861.26 |
| **Total Current Assets** | 577,121.96 |
| **Fixed Assets** | |
| Scientific Equipment BQ | 237,905.51 |
| Leasehold Improvements BQ | 868,640.63 |
| Furnitures and Fixtures BQ | 8,811.59 |
| Computer Hardware BQ | 11,987.01 |
| Animals | 1,716.00 |
| Capital Lease BQ-Sci. Eqpt. | 128,071.74 |
| Capital Leases BQ-Lease Imp | 38,458.47 |
| Accumulated Depreciation | -1,719,103.22 |
| Building & Office Equipment | 281,247.63 |
| Furnitures and Fixtures | 8,058.15 |
| Leasehold Improvements | 624.48 |
| Medical Equipment | 543,978.21 |
| Office Furnitures & Fixtures | 7,434.90 |
| **Research Equipment** | |
| Vivarium Equipment | 302,800.53 |
| Research Equipment - Other | 132,883.22 |
| **Total Research Equipment** | 435,683.75 |
| **Transportation Equipment** | 6,000.00 |
| **Total Fixed Assets** | 859,514.85 |
| **Other Assets** | |
| Investment in BioQuant | 7,815,686.10 |
| Security Deposit | -500.00 |
| **Total Other Assets** | 7,815,186.10 |
| **TOTAL ASSETS** | **9,251,822.91** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| AP - Old Liabilities | 1,201,666.94 |
| Accounts Payable | 161,259.83 |
| **Total Accounts Payable** | 1,362,926.77 |
| **Other Current Liabilities** | |
| Loan Payable - Mohamed Abul-Fie | 50,892.00 |
| Deferred Revenue | 197,868.00 |
| Accrued Liabilities | 1,131,534.94 |

3:05 PM

03/26/21

Accrual Basis

# BTS RESEARCH
## Balance Sheet
### As of March 26, 2021

|  | Mar 26, 21 |
|---|---|
| **Loan from Shareholders** | |
| **Tareq** | 263,254.10 |
| **Sami** | 1,036,809.75 |
| **Total Loan from Shareholders** | 1,300,063.85 |
| **Payroll Liabilities** | |
| **Chiro Insurance ER Share** | 4.84 |
| **Medical Insurance ER Share** | -51.12 |
| **Medical Insurance EE Share** | -3,995.42 |
| **Payable to Employee** | -20,499.82 |
| **Payroll Liabilities - Other** | 596,513.43 |
| **Total Payroll Liabilities** | 571,971.91 |
| **Total Other Current Liabilities** | 3,252,330.70 |
| **Total Current Liabilities** | 4,615,257.47 |
| **Long Term Liabilities** | |
| **PPP Loan  - May 2020** | |
| **PPP Loan - May 2020** | 377,800.00 |
| **Total PPP Loan  - May 2020** | 377,800.00 |
| **Loan Payable-Pacific Premier** | 1,023,199.94 |
| **Total Long Term Liabilities** | 1,400,999.94 |
| **Total Liabilities** | 6,016,257.41 |
| **Equity** | |
| **Capital Stock** | 6,880,913.10 |
| **Distribution-Tareq Abunadi.** | -1,700.00 |
| **Opening Balance Equity** | 439.27 |
| **Retained Earnings** | -3,757,669.64 |
| **Net Income** | 113,582.77 |
| **Total Equity** | 3,235,565.50 |
| **TOTAL LIABILITIES & EQUITY** | **9,251,822.91** |

**SPECIAL CONSENT FOR**
**ACTION WITHOUT MEETING OF THE DIRECTORS OF**
**SAMM SOLUTIONS, INC**

THE UNDERSIGNED, being all of the Directors of SAMM Solutions, Inc. (hereinafter the "Corporation"), now in office consent, in lieu of a regular meeting of Directors, to the following resolutions:

BE IT RESOLVED, It is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code, therefore Corporation shall file for bankruptcy under the reorganization provisions of Chapter 11 of the U.S. Bankruptcy Code; and,

RESOLVED FURTHER, Usama Abunadi, Chief Executive Officer (CEO) of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation and the CEO is authorized and directed to execute all documents, and to take all actions deemed necessary, in order to carry out and perform the purposes of these resolutions; and,

RESOLVED FURTHER, The CEO of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case.

RESOLVED FURTHER that the CEO of this Corporation is authorized and directed to seek authority and to employ such other professionals as may be necessary to efficiently conduct the administration of the estate in such bankruptcy case; and

RESOLVED FURTHER that if the CEO fails to take all actions necessary to carry out and perform these resolutions, each of the officers and/or directors of this Corporation is authorized and directed to execute all documents, and to take all actions deemed necessary, in order to carry out and perform the purposes of these resolutions.

Date:  March 26, 2021

Usama Abunadi, Director

Tareq Younan, Treasurer

Sharif Abunadi, Director

3:28 PM

03/26/21

Accrual Basis

**BTS RESEARCH**
## Profit & Loss
**January through February 2021**

|  | Jan - Feb 21 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Income for Housing & Husbandry | 42,915.71 |
| Income for In Vitro Services | 9,320.00 |
| Income for In Vivo Services | 257,777.00 |
| **Total Income** | 310,012.71 |
| **Gross Profit** | 310,012.71 |
| **Expense** | |
| Service Fees | 104.00 |
| Equipment | 4,000.00 |
| Advertising and Promotion | 360.00 |
| Bank Service Charges | 242.00 |
| Computer and Internet Expenses | 3,993.03 |
| Dry Ice Pellets | 799.67 |
| Equipment Rental | 890.00 |
| Finance Charges | 1.53 |
| Shipping/Freight Charge | 2,053.01 |
| Gases | 1,974.16 |
| **Insurance Expense** | |
| Auto/Truck Insurance | 177.90 |
| Worker's Compensation | 717.67 |
| **Total Insurance Expense** | 895.57 |
| **Interest Expense** | |
| Interest  - Pacific Premier | 4,305.68 |
| **Total Interest Expense** | 4,305.68 |
| Meals and Entertainment | 62.93 |
| Medical & Dental Insurance | 9,797.73 |
| **Medical Records and Supplies** | |
| Vivarium Supplies | 2,814.04 |
| Animal Supplies | 3,873.99 |
| Medical/Study Supplies | 14,835.99 |
| Vaccines and Medicines | 197.50 |
| Medical Records and Supplies - Other | -2,602.14 |
| **Total Medical Records and Supplies** | 19,119.38 |
| Miscellaneous Expense | 561.22 |
| Occupational & Environmental Me | 0.00 |
| Office Supplies | 80.11 |
| Outside Labor/Services | 1,358.66 |
| Packaging Supplies/Crates | 45.00 |
| **Payroll Expenses** | |
| Payroll Taxes ER | 12,489.60 |
| Bonus | 656.03 |
| Shipping | 708.60 |
| Wages & Salaries | 49,686.05 |
| Payroll Expenses - Other | 58,049.76 |
| **Total Payroll Expenses** | 121,590.04 |
| Pest Control | 110.00 |
| Postage, Delivery & Courier Ser | 32.06 |
| **Professional Fees** | |
| Accounting | 7,782.80 |
| Contracted Services | 37,332.00 |
| Legal | 5,496.03 |
| Professional Fees - Other | 3,580.00 |
| **Total Professional Fees** | 54,190.83 |
| Reconciliation Discrepancies | -0.01 |
| Recruiting | 1,614.99 |

**3:28 PM**

**03/26/21**

**Accrual Basis**

## BTS RESEARCH
## Profit & Loss
### January through February 2021

|  | Jan - Feb 21 |
|---|---|
| **Rent Expense** | |
| **Rent** | |
| **Sorrento - Lab** | 19,383.35 |
| **Mesa Rim** | 28,640.11 |
| **Total Rent** | 48,023.46 |
| **Storage** | 2,286.00 |
| **Total Rent Expense** | 50,309.46 |
| **Repairs and Maintenance** | 16,461.60 |
| **Security** | 49.98 |
| **Taxes** | |
| **Sales Tax** | 13.33 |
| **Taxes - Other** | 1,364.04 |
| **Total Taxes** | 1,377.37 |
| **Telephone & Internet Expense** | 1,719.90 |
| **Travel Expense** | 60.00 |
| **Utilities** | 14,342.49 |
| **Waste Disposal** | 897.36 |
| **Total Expense** | 313,399.75 |
| **Net Ordinary Income** | -3,387.04 |
| **Other Income/Expense** | |
| **Other Expense** | |
| **Ask My Accountant** | 1,995.61 |
| **Total Other Expense** | 1,995.61 |
| **Net Other Income** | -1,995.61 |
| **Net Income** | **-5,382.65** |

**CLIENT COPY**

Form **1120-S**

Department of the Treasury
Internal Revenue Service

## U.S. Income Tax Return for an S Corporation

► Do not file this form unless the corporation has filed or
is attaching Form 2553 to elect to be an S corporation.
► Go to *www.irs.gov/Form1120S* for instructions and the latest information.

OMB No. 1545-0123

**2019**

For calendar year 2019 or tax year beginning _____ , 2019, ending _____ .

| | | |
|---|---|---|
| **A** S election effective date 3/22/2007 | **TYPE OR PRINT** SAMM SOLUTIONS, INC BTS RESEARCH 9990 MESA RIM RD, SUITE 100 SAN DIEGO, CA 92121 | **D** Employer identification number 20-8712967 |
| **B** Business activity code number (see instructions) 541700 | | **E** Date incorporated 3/22/2007 |
| **C** Check if Schedule M-3 attached ☐ | | **F** Total assets (see instructions) $ 9,043,014. |

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No   If 'Yes,' attach Form 2553 if not already filed

**H** Check if: **(1)** ☐ Final return   **(2)** ☐ Name change   **(3)** ☐ Address change
**(4)** ☐ Amended return   **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year . . . . . . . . . . . . . . . . . . . . . ► 4

**J** Check if applicable: **(1)** ☐ Aggregated activities for section 465 at-risk purposes   **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | | |
|---|---|---|---|---|
| **INCOME** | **1a** Gross receipts or sales . . . . . . . . . . . . . . . . . . . . | **1a** 3,240,465. | | |
| | **b** Returns and allowances . . . . . . . . . . . . . . . . . . . | **1b** | | |
| | **c** Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **1c** | 3,240,465. |
| | **2** Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . . . . . . . . . . . . . | | **2** | 837,899. |
| | **3** Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . . . . . . . . . . . . . | | **3** | 2,402,566. |
| | **4** Net gain (loss) from Form 4797, line 17 (attach Form 4797) . . . . . . . . . . . . . . . . | | **4** | |
| | **5** Other income (loss) (see instrs — att statement) . . . . . . . . . . . . . . . . . . . . . | | **5** | |
| | **6** **Total income (loss).** Add lines 3 through 5 . . . . . . . . . . . . . . . . . . . . . . . . ► | | **6** | 2,402,566. |
| **DEDUCTIONS (SEE INSTRS)** | **7** Compensation of officers (see instructions - attach Form 1125-E) . . . . . . . . . . . . | | **7** | 197,828. |
| | **8** Salaries and wages (less employment credits) . . . . . . . . . . . . . . . . . . . . . . | | **8** | 1,620,012. |
| | **9** Repairs and maintenance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **9** | 40,048. |
| | **10** Bad debts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **10** | 25,344. |
| | **11** Rents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **11** | 393,672. |
| | **12** Taxes and licenses . . . . . . . . . . . . . . . . . . . . . SEE STATEMENT 1 | | **12** | 25,876. |
| | **13** Interest (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **13** | 95,652. |
| | **14** Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) . . . | | **14** | 86,387. |
| | **15** Depletion **(Do not deduct oil and gas depletion.)** . . . . . . . . . . . . . . . . . . . . | | **15** | |
| | **16** Advertising . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **16** | 5,540. |
| | **17** Pension, profit-sharing, etc., plans . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **17** | |
| | **18** Employee benefit programs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **18** | |
| | **19** Other deductions (attach statement) . . . . . . . . . . . . . . . . . SEE STATEMENT 2 | | **19** | 1,030,352. |
| | **20** **Total deductions.** Add lines 7 through 19 . . . . . . . . . . . . . . . . . . . . . . . ► | | **20** | 3,520,711. |
| | **21** Ordinary business income (loss). Subtract line 20 from line 6 . . . . . . . . . . . . . | | **21** | -1,118,145. |
| **TAX AND PAYMENTS** | **22a** Excess net passive income or LIFO recapture tax (see instructions) . . . . . . . . . . . | **22a** | | |
| | **b** Tax from Schedule D (Form 1120-S) . . . . . . . . . . . . . | **22b** | | |
| | **c** Add lines 22a and 22b (see instructions for additional taxes) . . . . . . . . . . . . . . . | | **22c** | |
| | **23a** 2019 estimated tax payments and 2018 overpayment credited to 2019 . . . . . | **23a** | | |
| | **b** Tax deposited with Form 7004 . . . . . . . . . . . . . . . . . . | **23b** | | |
| | **c** Credit for federal tax paid on fuels (attach Form 4136) . . . . . . . . . . . . | **23c** | | |
| | **d** Reserved for future use . . . . . . . . . . . . . . . . . . . . | **23d** | | |
| | **e** Add lines 23a through 23d . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **23e** | |
| | **24** Estimated tax penalty (see instructions). Check if Form 2220 is attached . . . . . . . . . ► ☐ | | **24** | |
| | **25** Amount owed. If line 23e is smaller than the total of lines 22c and 24, enter amount owed . . . | | **25** | 0. |
| | **26** Overpayment. If line 23e is larger than the total of lines 22c and 24, enter amount overpaid . . | | **26** | |
| | **27** Enter amount from line 26: **Credited to 2020 estimated tax** ► _____ **Refunded** ► | | **27** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

► _____
Signature of officer

Date _____

► PRESIDENT
Title

May the IRS discuss this return with the preparer shown below? See instructions.
☒ Yes ☐ No

**Paid Preparer Use Only**

| | | | | |
|---|---|---|---|---|
| Print/Type preparer's name JEAN GODDARD | Preparer's signature *Jean Goddard* | Date 2-14-20 | Check ☒ if self-employed | PTIN P00496495 |
| Firm's name ► NGS LLP. | | | Firm's EIN ► 20-8182203 | |
| Firm's address ► 6120 PASEO DEL NORTE STE A-1 CARLSBAD, CA 92011-1118 | | | Phone no. 760-930-0282 | |

**BAA For Paperwork Reduction Act Notice, see separate instructions.**

SPSA0112  12/30/19

Form **1120-S** (2019)

**CLIENT COPY**

Form 1120-S (2019)   SAMM SOLUTIONS, INC   20-8712967   Page **2**

| Schedule B | Other Information (see instructions) | Yes | No |
|---|---|---|---|

**1** Check accounting method: **a** ☐ Cash  **b** ☒ Accrual  **c** ☐ Other (specify) ▶ _ _ _ _ _ _ _ _ _ _ _

**2** See the instructions and enter the:

**a** Business activity ▶ <u>BIO SCIENCE RESEARCH</u>   **b** Product or service . . . ▶ <u>IN VIVO RESEARCH</u>

**3** At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation . . . . . . | | X

**4** At the end of the tax year, did the corporation:

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| BIO-QUANT, INC. | 87-0508560 | UNITED STATES | 100.00% | 1/01/12 |
| | | | | |
| | | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . . . . . . . . | | X

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum % Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

**5a** At the end of the tax year, did the corporation have any outstanding shares of restricted stock? . . . . . . . . . . . . . . . . . . . . . . | | X

If "Yes," complete lines (i) and (ii) below.

**(i)** Total shares of restricted stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ _ _ _ _ _ _ _ _ _ _

**(ii)** Total shares of non-restricted stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ _ _ _ _ _ _ _ _ _ _

**b** At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? . . . . . . | | X

If "Yes," complete lines (i) and (ii) below.

**(i)** Total shares of stock outstanding at the end of the tax year . . . . . . . . . . . . . . . . . . . ▶ _ _ _ _ _ _ _ _ _ _

**(ii)** Total shares of stock outstanding if all instruments were executed . . . . . . . . . . . . . . . ▶ _ _ _ _ _ _ _ _ _ _

**6** Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X

**7** Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . . . . . . . . . ▶ ☐

If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments.

**8** If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years.

See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ $ _ _ _ _ _ _ _ _ _ _

**9** Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X

**10** Does the corporation satisfy one or more of the following? See instructions . . . . . . . . . . . . . . . . . . . . . . . | | X

**a** The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense.

**b** The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense.

**c** The corporation is a tax shelter and the corporation has business interest expense.

If "Yes," complete and attach Form 8990.

**11** Does the corporation satisfy **both** of the following conditions? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X

**a** The corporation's total receipts (see instructions) for the tax year were less than $250,000.

**b** The corporation's total assets at the end of the tax year were less than $250,000.

If "Yes," the corporation is not required to complete Schedules L and M-1.

CLIENT COPY

Form 1120-S (2019)   SAMM SOLUTIONS, INC                                         20-8712967                    Page **3**

| **Schedule B** | **Other Information**   (see instructions) *(continued)* | | Yes | No |
|---|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt?................................................. | | | X |
| | If "Yes," enter the amount of principal reduction......................................... ► $ _ _ _ _ _ _ _ _ _ _ | | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions..... | | | X |
| 14a | Did the corporation make any payments in 2019 that would require it to file Form(s) 1099?.............................. | | X | |
| b | If "Yes," did the corporation file or will it file required Form(s) 1099?................................................ | | X | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund?.................................... | | | X |
| | If "Yes," enter the amount from Form 8996, line 14 ................................ ► $ _ _ _ _ _ _ _ _ _ _ | | | |

| **Schedule K** | | **Shareholders' Pro Rata Share Items** | | **Total amount** |
|---|---|---|---|---|
| **Income (Loss)** | **1** | Ordinary business income (loss) (page 1, line 21)..................................... | **1** | −1,118,145. |
| | **2** | Net rental real estate income (loss) (attach Form 8825).............................. | **2** | |
| | **3a** | Other gross rental income (loss)...................... 3a | | |
| | **b** | Expenses from other rental activities (attach statement)........ 3b | | |
| | **c** | Other net rental income (loss). Subtract line 3b from line 3a....................... | **3c** | |
| | **4** | Interest income................................................................. | **4** | |
| | **5** | Dividends:   **a** Ordinary dividends.......................................... | **5a** | |
| | | **b** Qualified dividends.................... 5b | | |
| | **6** | Royalties...................................................................... | **6** | |
| | **7** | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S))................ | **7** | |
| | **8a** | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S))................ | **8a** | |
| | **b** | Collectibles (28%) gain (loss)........................ 8b | | |
| | **c** | Unrecaptured section 1250 gain (attach statement).......... 8c | | |
| | **9** | Net section 1231 gain (loss) (attach Form 4797)..................................... | **9** | |
| | **10** | Other income (loss) (see instructions).......... Type ► | **10** | |
| **Deduc-tions** | **11** | Section 179 deduction (attach Form 4562)........................................... | **11** | |
| | **12a** | Charitable contributions............................................................ | **12a** | |
| | **b** | Investment interest expense....................................................... | **12b** | |
| | **c** | Section 59(e)(2) expenditures **(1)** Type ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ **(2)** Amount ► | **12c (2)** | |
| | **d** | Other deductions (see instructions) .. Type ► | **12d** | |
| **Credits** | **13a** | Low-income housing credit (section 42(j)(5))....................................... | **13a** | |
| | **b** | Low-income housing credit (other)................................................. | **13b** | |
| | **c** | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable)................... | **13c** | |
| | **d** | Other rental real estate credits (see instrs)   Type ► _ _ _ _ _ _ _ _ _ _ _ | **13d** | |
| | **e** | Other rental credits (see instrs)   Type ► _ _ _ _ _ _ _ _ _ _ _ | **13e** | |
| | **f** | Biofuel producer credit (attach Form 6478)......................................... | **13f** | |
| | **g** | Other credits (see instructions)...... Type ► | **13g** | |
| **Foreign Trans-actions** | **14a** | Name of country or U.S. possession         ► _ _ _ _ _ _ _ _ _ _ _ | | |
| | **b** | Gross income from all sources.................................................... | **14b** | |
| | **c** | Gross income sourced at shareholder level........................................ | **14c** | |
| | | Foreign gross income sourced at corporate level | | |
| | **d** | Reserved for future use.......................................................... | **14d** | |
| | **e** | Foreign branch category......................................................... | **14e** | |
| | **f** | Passive category............................................................... | **14f** | |
| | **g** | General category............................................................... | **14g** | |
| | **h** | Other (attach statement)......................................................... | **14h** | |
| | | Deductions allocated and apportioned at shareholder level | | |
| | **i** | Interest expense............................................................... | **14i** | |
| | **j** | Other......................................................................... | **14j** | |
| | | Deductions allocated and apportioned at corporate level to foreign source income | | |
| | **k** | Reserved for future use.......................................................... | **14k** | |
| | **l** | Foreign branch category......................................................... | **14l** | |
| | **m** | Passive category............................................................... | **14m** | |
| | **n** | General category............................................................... | **14n** | |
| | **o** | Other (attach statement)......................................................... | **14o** | |
| | | Other information | | |
| | **p** | Total foreign taxes (check one): ► ☐ Paid   ☐ Accrued............... | **14p** | |
| | **q** | Reduction in taxes available for credit (attach statement)........................ | **14q** | |
| | **r** | Other foreign tax information (attach statement) | | |

BAA                              SPSA0134   10/03/19                              Form **1120-S** (2019)

CLIENT COPY

Form 1120-S (2019)  SAMM SOLUTIONS, INC                                                          20-8712967                    Page **4**

## Schedule K — Shareholders' Pro Rata Share Items *(continued)*

| | | | Total amount |
|---|---|---|---|
| **Alternative Minimum Tax (AMT) Items** | **15a** Post-1986 depreciation adjustment | **15a** | 1,138. |
| | **b** Adjusted gain or loss | **15b** | |
| | **c** Depletion (other than oil and gas) | **15c** | |
| | **d** Oil, gas, and geothermal properties — gross income | **15d** | |
| | **e** Oil, gas, and geothermal properties — deductions | **15e** | |
| | **f** Other AMT items (attach statement) | **15f** | |
| **Items Affecting Shareholder Basis** | **16a** Tax-exempt interest income | **16a** | |
| | **b** Other tax-exempt income | **16b** | |
| | **c** Nondeductible expenses | **16c** | 21,198. |
| | **d** Distributions (attach stmt if required) (see instrs) | **16d** | |
| | **e** Repayment of loans from shareholders | **16e** | |
| **Other Information** | **17a** Investment income | **17a** | |
| | **b** Investment expenses | **17b** | |
| | **c** Dividend distributions paid from accumulated earnings and profits | **17c** | |
| | **d** Other items and amounts (attach statement) | SEE STATEMENT 3 | |
| **Reconciliation** | **18  Income (loss) reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14p | **18** | -1,118,145. |

## Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| **1** Cash | | -118,921. | | 51,593. |
| **2a** Trade notes and accounts receivable | 379,553. | | 78,775. | |
| **b** Less allowance for bad debts | | 379,553. | | 78,775. |
| **3** Inventories | | | | |
| **4** U.S. government obligations | | | | |
| **5** Tax-exempt securities (see instructions) | | | | |
| **6** Other current assets (attach stmt) SEE ST 4 | | 28,179. | | 119,000. |
| **7** Loans to shareholders | | | | |
| **8** Mortgage and real estate loans | | | | |
| **9** Other investments (attach statement) SEE ST 5 | | 7,815,686. | | 7,815,686. |
| **10a** Buildings and other depreciable assets | 3,672,550. | | 2,577,994. | |
| **b** Less accumulated depreciation | 2,311,809. | 1,360,741. | 1,719,103. | 858,891. |
| **11a** Depletable assets | | | | |
| **b** Less accumulated depletion | | | | |
| **12** Land (net of any amortization) | | | | |
| **13a** Intangible assets (amortizable only) | | | | |
| **b** Less accumulated amortization | | | | |
| **14** Other assets (attach stmt) SEE ST 6 | | 141,588. | | 119,069. |
| **15** Total assets | | 9,606,826. | | 9,043,014. |
| **Liabilities and Shareholders' Equity** | | | | |
| **16** Accounts payable | | 1,375,591. | | 1,410,741. |
| **17** Mortgages, notes, bonds payable in less than 1 year | | | | |
| **18** Other current liabilities (attach stmt) SEE ST 7 | | 88,345. | | 413,860. |
| **19** Loans from shareholders | | 1,220,130. | | 1,263,825. |
| **20** Mortgages, notes, bonds payable in 1 year or more | | 1,989,944. | | 1,108,022. |
| **21** Other liabilities (attach statement) SEE ST 8 | | | | 1,161,190. |
| **22** Capital stock | | 6,880,913. | | 6,880,913. |
| **23** Additional paid-in capital | | | | |
| **24** Retained earnings | | -1,948,097. | | -3,195,537. |
| **25** Adjustments to shareholders' equity (att stmt) | | | | |
| **26** Less cost of treasury stock | | | | |
| **27** Total liabilities and shareholders' equity | | 9,606,826. | | 9,043,014. |

SPSA0134  10/03/19                                                                                           Form **1120-S** (2019)

CLIENT COPY

Form 1120-S (2019)  SAMM SOLUTIONS, INC                                    20-8712967                    Page **5**

| **Schedule M-1** | **Reconciliation of Income (Loss) per Books With Income (Loss) per Return** |
|---|---|

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| **1** | Net income (loss) per books.............. | -1,247,440. | **5** | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| **2** | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | **a** | Tax-exempt interest. $ _____ | |
| | | | | STATEMENT 10 ____-433,696. | -433,696. |
| **3** | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14p (itemize): | | **6** | Deductions included on Schedule K, lines 1 through 12 and 14p, not charged against book income this year (itemize): | |
| **a** | Depreciation........ $ _____ | | **a** | Depreciation ... $ _____ 325,599. | |
| **b** | Travel and entertainment. $ _____ 879. | | | _____ | 325,599. |
| | SEE STATEMENT 9 ____ 20,319. | 21,198. | **7** | Add lines 5 and 6....................... | -108,097. |
| **4** | Add lines 1 through 3.................... | -1,226,242. | **8** | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4..... | -1,118,145. |

| **Schedule M-2** | **Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account** (see instructions) |
|---|---|

| | | **(a)** Accumulated adjustments account | **(b)** Shareholders' undistributed taxable income previously taxed | **(c)** Accumulated earnings and profits | **(d)** Other adjustments account |
|---|---|---|---|---|---|
| **1** | Balance at beginning of tax year........................ | -5,109,498. | | | |
| **2** | Ordinary income from page 1, line 21.................... | | | | |
| **3** | Other additions......................................... | | | | |
| **4** | Loss from page 1, line 21............................. | ( 1118145.) | | | |
| **5** | Other reductions...........SEE STATEMENT 11... | ( 21,198.) | | | |
| **6** | Combine lines 1 through 5.............................. | -6,248,841. | | | |
| **7** | Distributions........................................... | | | | |
| **8** | Balance at end of tax year. Subtract line 7 from line 6 ... | -6,248,841. | | | |

SPSA0134  10/03/19                                                                          Form **1120-S** (2019)

CLIENT COPY

Form **1125-A**
(Rev. November 2018)
Department of the Treasury
Internal Revenue Service

**Cost of Goods Sold**

► **Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.**
► **Go to www.irs.gov/Form1125A for the latest information.**

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| SAMM SOLUTIONS, INC<br>BTS RESEARCH | 20-8712967 |

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | **1** | |
| 2 | Purchases | **2** | |
| 3 | Cost of labor | **3** | |
| 4 | Additional section 263A costs (attach schedule) | **4** | |
| 5 | Other costs (attach schedule) ...... SEE STATEMENT 12 | **5** | 837,899. |
| 6 | **Total.** Add lines 1 through 5 | **6** | 837,899. |
| 7 | Inventory at end of year | **7** | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | **8** | 837,899. |

**9a** Check all methods used for valuing closing inventory:
  *(i)*  ☐ Cost
  *(ii)* ☐ Lower of cost or market
  *(iii)* ☐ Other (Specify method used and attach explanation.) ► _____

**b** Check if there was a writedown of subnormal goods ► ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ► ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO | **9d** | |

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions ...... ☐ Yes  ☐ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation ☐ Yes  ☐ No

**BAA  For Paperwork Reduction Act Notice, see instructions.**                    Form **1125-A** (Rev. 11-2018)



## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: 56440EF2167A44FBAA7E45BA3B4F56C3 | | Status: Completed |
| Subject: Please DocuSign: 2021-03-26 SAMM - Petition FINAL | | |
| Source Envelope: | | |
| Document Pages: 69 | Signatures: 8 | Envelope Originator: |
| Certificate Pages: 5 | Initials: 0 | Sophia Sanchez |
| AutoNav: Enabled | | 401 West A St, Ste 2600 |
| EnvelopeId Stamping: Enabled | | San Diego, CA  92101 |
| Time Zone: (UTC-08:00) Pacific Time (US & Canada) | | sanchezs@higgslaw.com |
| | | IP Address: 70.164.116.2 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original | Holder: Sophia Sanchez | Location: DocuSign |
|     3/26/2021 5:03:09 PM | sanchezs@higgslaw.com | |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Paul J. Leeds, Esq.<br>leedsp@higgslaw.com<br>Security Level: Email, Account Authentication (None) | <br>Signature Adoption: Uploaded Signature Image<br>Using IP Address: 70.164.116.2 | Sent: 3/26/2021 5:16:38 PM<br>Viewed: 3/26/2021 5:18:33 PM<br>Signed: 3/26/2021 5:19:35 PM |
| **Electronic Record and Signature Disclosure:**<br>    Accepted: 3/26/2021 5:18:33 PM<br>    ID: bb9901c0-831b-469d-97de-97946fbfb207 | | |
| Usama Abunadi<br>sabunadi@btsresearch.com<br>President & CEO<br>Security Level: Email, Account Authentication (None) | <br>Signature Adoption: Pre-selected Style<br>Using IP Address: 47.150.1.180 | Sent: 3/26/2021 5:16:38 PM<br>Viewed: 3/26/2021 5:23:18 PM<br>Signed: 3/26/2021 5:27:22 PM |
| **Electronic Record and Signature Disclosure:**<br>    Accepted: 3/26/2021 5:23:18 PM<br>    ID: dc9dece3-84f9-4b8c-a99e-710cdbe5fa01 | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 3/26/2021 5:16:38 PM |

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Certified Delivered | Security Checked | 3/26/2021 5:23:18 PM |
| Signing Complete | Security Checked | 3/26/2021 5:27:22 PM |
| Completed | Security Checked | 3/26/2021 5:27:22 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**